UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID GOLDSTINE,

    Plaintiff,

v.

FEDEX FREIGHT, INC., a Washington State entity; "DOE(S) 1-100", employees of FEDEX FREIGHT, INC.; and CORPORATION(S) XYZ 1-100,

    Defendants,

CASE NO. 2:18-cv-01164

NOTICE OF REMOVAL OF CIVIL ACTION

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant FedEx Freight, Inc., hereafter "FedEx Freight," files this Notice of Removal of this case from the Snohomish County Superior Court to the United States District Court for the Western District of Washington at Seattle.  This case is removable to this Honorable Court pursuant to 28 U.S.C. §§ 1441(b) and 1446 because of diversity of citizenship and the requisite amount in controversy under 28 U.S.C. § 1332.

In support of removal, FedEx Freight respectfully shows the Court:

NOTICE OF REMOVAL - 1

KARR TUTTLE CAMPBELL
701 5th Avenue, Suite 3300
Seattle, WA  98104

#1190013 v1 / 43010-011

1. FedEx Freight was served, through its registered agent, with the Complaint on July 19, 2018.

2. The following constitutes all of the process pleadings, and orders served upon FedEx Freight in the state court lawsuit: Complaint for Damages, a true and correct copy of which is attached as Exhibit 1 and incorporated by reference as if fully set forth as part of this Notice of Removal.

3. Statement of applicable law – Diversity Jurisdiction.

**A. Diversity of Citizenship**

4. Plaintiff is a resident of Everett, Washington. (Complaint ¶1).

5. FedEx Freight is a corporation organized under the laws of the State of Arkansas with its principal place of business in Memphis, Tennessee, located at 1715 Aaron Brenner Drive, Memphis, Tennessee 38120. (Chase Declaration).

6. Nearly all of FedEx Freight's corporate functions are conducted and based in Arkansas and Tennessee, including human resources, finance, legal, payroll, and executive and administrative support functions that are important to FedEx Freight's strategic leadership and day-to-day operations. (Chase Declaration).

7. All of FedEx Freight's senior executive team is based in its corporate headquarters office in Memphis, Tennessee, where FedEx Freight's parent companies, FedEx Freight Corp. and FedEx Corporation also have their principal place of business. (Chase Declaration).

8. FedEx Freight is a wholly-owned subsidiary of FedEx Freight Corporation, a corporation incorporated under the laws of the State of Delaware. FedEx Freight Corporation's principal place of business is located at 1715 Aaron Brenner Drive, Memphis, Tennessee. (Chase Declaration).

9. FedEx Freight Corporation is a wholly-owned subsidiary of FedEx Corporation, a publicly-held corporation incorporated under the laws of the State of Delaware. FedEx Corporation's principal place of business is located at 942 Shady Grove Road, Memphis, Tennessee. FedEx Corporation's functions are centrally managed from its headquarters in Memphis, Tennessee. (Chase Declaration).

10. For these reasons, the Memphis location is considered to be the corporate headquarters and the "home office" for FedEx Freight from which senior leadership directs, controls and coordinates FedEx Freight's corporate activities. (Chase Declaration).

B. **Amount in Controversy**

11. Plaintiff is seeking damages "including but not limited to lost wages, future wage loss, other benefits, loss of earning capacity, mental distress, physical damages, emotional distress, and pain and suffering, in an amount to be proven at trial." (Complaint ¶ 62 and Prayer for Relief).

12. Plaintiff also is seeking attorney's fees, exemplary and punitive damages, and compensation for any tax penalty associated with recovery. (Prayer for Relief).

13. In 2016, Plaintiff's only full calendar year of employment with FedEx Freight, his total W-2 earnings were $74,934.32. (Chase Declaration).

14. In 2016 Plaintiff's hourly rate of pay was $24.03 and mileage rate of pay was $0.5976 until October 8, 2016, and $24.28 and $0.6026 for the remainder of that year. (Chase Declaration).

15. Plaintiff's hourly rate increased to $25.83 and mileage increased to $0.6411 effective February 25, 2017, and continued at that rate for the remainder of his employment with FedEx Freight. (Chase Declaration).

15. Plaintiff's average weekly wage for the full weeks he worked after his hourly rate increased to $25.83 and mileage to $0.6411 was $1,467.84. (Chase Declaration).

NOTICE OF REMOVAL - 3

KARR TUTTLE CAMPBELL
701 5th Avenue, Suite 3300
Seattle, WA  98104

#1190013 v1 / 43010-011

17. The last day Plaintiff performed work at FedEx Freight was April 11, 2017, which is more than 67 weeks ago. (Chase Declaration).

18. Although FedEx denies liability in this action and denies it owes Plaintiff any amount, the amount in controversy based on Plaintiff's allegations is in excess of $75,000, without consideration of interest or costs.

C. **Removal is Proper**

19. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 in that this is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

D. **Removal is Timely**

20. This Notice of Removal is filed with this Court within thirty (30) days after service on FedEx of the Summons and Complaint for Damages in this action. *Destino v. Reiswig*, 630 F.3d 952, 956 (9th Cir. 2011); *Green v. Wachovia Mtg. FSB*, U.S. Dist. Lexis 80923 (E.D. Wash. 2011) (time for removal triggered by formal service).

21. No other defendant has been served with process or specifically identified in this action.

DATED this 8th day of August, 2018.

KARR TUTTLE CAMPBELL

*/s/ Medora A. Marisseau*_____
Medora A. Marisseau, WSBA #23114
701 Fifth Avenue, Ste 3300
Seattle, WA  98104
Telephone:  206-223-1313
Facsimile: 206-682-7100
Email: MMarisseau@karrtuttle.com
*Attorney for Defendant FedEx Freight, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 8th, 2018, I caused to be served a copy of the foregoing Notice of Removal to:

| | |
|---|---|
| Ada K. Wong, Esq.<br>AKW Law, P.C.<br>6100 219th St., SW, Suite 480<br>Mountlake Terrace, WA  98043<br>Tel: 206.259.1259<br>FAX: 855.925.9529<br>Email: ada@akw-law.com | [X]  via U.S. Mail<br>[ ]  via ABC Legal Messenger<br>[X]  via Electronic Mail<br>[ ]  via Overnight Mail |

Signed this 8th day of August, 2018, at Seattle, Washington.

*/s/ Kami R. Mejia*_____
Kami R. Mejia
Litigation Legal Assistant

NOTICE OF REMOVAL - 5

KARR TUTTLE CAMPBELL
701 5th Avenue, Suite 3300
Seattle, WA  98104

#1190013 v1 / 43010-011