The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DAVID GOLDSTINE,

    Plaintiff,

v.

FEDEX FREIGHT, INC., a Washington State entity; "DOE(S) 1-100", employees of FEDEX FREIGHT, INC.; and CORPORATION(S) XYZ 1-100,

    Defendants,

CASE NO. 2:18-cv-01164 MJP

[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Note on Motion Calendar: August 15, 2018

THIS MATTER came before this Court upon Defendant FedEx Freight, Inc.'s Unopposed Motion for Extension of Time to File Answer. The Court having reviewed and considered the motion,

IT IS HEREBY ORDERED as follows:

Defendant FedEx Freight, Inc.'s Unopposed Motion for Extension of Time to File Answer is GRANTED. Defendant has until August 29, 2018 to file a responsive pleading.

Dated this 17th day of August, 2018.

*/s/ Marsha J. Pechman*
Hon. Marsha J. Pechman
United States District Judge

ORDER - 1

KARR TUTTLE CAMPBELL
701 5th Avenue, Suite 3300
Seattle, WA 98104

#1191482 v1 / 43010-011