# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| DAVID GOLDSTINE, | CASE NO. C18-1164 MJP |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| FEDEX FREIGHT, INC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Plaintiff's motion to file the amended version of his amended complaint (Dkt. No. 15-1) is GRANTED, and the Clerk is ordered to file Plaintiff's amended complaint in the record.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 15, 2018

                                              William M. McCool
                                              Clerk of Court

s/Paula McNabb
Deputy Clerk