1

The Honorable Marsha J. Pechman

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                                  AT SEATTLE

8    DAVID GOLDSTINE,

9                              Plaintiff,
                                              Case No. 2:18-cv-01164 MJP
10   v.
                                              **DECLARATION OF ADA K. WONG IN**
11   FEDEX FREIGHT, INC., a Washington State  **SUPPORT OF PLAINTIFF'S MOTION**
     entity; "DOE(S) 1-100", employees of     **TO COMPEL DISCOVERY**
12   FEDEX FREIGHT, INC.; and                  **RESPONSES AND FOR ATTORNEY'S**
     CORPORATION(S) XYZ 1-100,                 **FEES**
13
                               Defendants.
14

15
     I, Ada K. Wong, declare,
16
            1.      I am the attorney of record for Plaintiff David Goldstine in this matter and make
17
     the following statements based on my personal knowledge.
18
            2.      On September 24, 2018, Plaintiff Goldstine served FedEx with Plaintiff's First
19
     Set of Interrogatories and Requests for Production to Defendant FedEx Freight, Inc.
20
     (hereinafter "Plaintiff's Discovery Requests").  Attached hereto as **Exhibit A** is a true and
21
     correct copy of Plaintiff's Discovery Requests.
22

23

DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL DISCOVERY RESPONSES AND FOR
ATTORNEY'S FEES - 1
Case No. 2:18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

3.     On November 1, 2018, my office sent an e-mail to defense counsel Medora Marisseau and Jerrald Shivers asking for the status of Defendant FedEx's responses to Plaintiff's Discovery Requests.

4.     That same day, Ms. Marisseau responded to me that she "expect[ed] to get something out to [Plaintiff] early next week."

5.     I waited until November 19, 2018, more than one week past the promised timeframe, to follow up.  On November 19, 2018, I sent Ms. Marisseau and Mr. Shivers an e-mail requesting a meet and confer conference to discuss the status of Defendant FedEx's response.  Having not received any response, I sent another e-mail to defense counsel the following week on November 27, 2018, following up on my request for a meet and confer call.

6.     On November 28, 2018, Mr. Shivers finally responded to me stating that he was traveling and missed my previous e-mail.

7.     On November 30, 2018, Mr. Shivers and I engaged in our meet and confer conference concerning Defendant FedEx's overdue responses to Plaintiff's Discovery Requests.  Mr. Shivers stated that he would provide Defendant FedEx's responses and accompanying document production to Plaintiff's Discovery Requests by close of business on December 7, 2018.

8.     On December 10, 2018, after not seeing any response or communication from defense counsel, I sent an e-mail following up on the documents, and also stating that if I did not receive the complete responses and documents by December 11, 2018, I would be forced to file a motion to compel since the deadline for Defendant FedEx's responses has long passed and that Plaintiff would need to wait several weeks for the noting/hearing date.

DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL DISCOVERY RESPONSES AND FOR
ATTORNEY'S FEES - 2
Case No. 2:18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

9.      On December 11, 2018, after not receiving any response from defense counsel, and in hopes to avoid the underlying motion, I called Mr. Shivers to inquire about the status of Defendant FedEx's responses to Plaintiff's Discovery Requests and document production.  Mr. Shivers stated that he needed to speak with his assistant but would get back to me that day.  I stated that if I was unable to answer my phone, he could send me an e-mail or leave a detailed voice message on my direct line and provided Mr. Shivers with my phone number again for convenience.  To date, I have not received any additional communication from defense counsel or even confirmation of when Defendant FedEx would serve their already late responses.  As such, this Motion follows.  Attached hereto as **Exhibit B** is a true and correct copy of the e-mail communications with Ms. Marisseau and Mr. Shivers from November 1, 2018 to December 10, 2018.

10.     To date, I have not received any additional communication from defense counsel or even confirmation of when Defendant FedEx would serve their already late responses.  As such, this Motion follows.

11.     Defendant FedEx, to date, has failed to provide any responses, objections, or responsive documents.

**Request for Attorney's Fees**

12.     I received my Bachelor of Arts from the University of California, Davis in 2008. I received my Juris Doctor with a Dispute Resolution Concentration from the University of Washington School of Law in 2012.  I was admitted to the California Bar in December 2012 and maintain an active license and practice in California state and federal courts.  I was admitted to the Washington Bar in May 2013.  I am licensed in the Eastern District of

DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL DISCOVERY RESPONSES AND FOR
ATTORNEY'S FEES - 3
Case No. 2:18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    Washington, the Western District of Washington, the Northern District of California, the

2    Eastern District of California, and the Ninth Circuit Court of Appeals.

3           13.    I graduated from college in 2 years and 1 quarter, then I worked and volunteered

4    in the legal profession for approximately 1.5 years before attending law school at the

5    University of Washington School of Law. I graduated from law school 1 quarter early and

6    worked as a law clerk at a plaintiff's civil litigation law firm in Bellevue. Upon being licensed,

7    I became an Associate Attorney at the Bellevue firm with active cases in California and

8    Washington.

9           14.    In mid-2014, I transitioned to working at different plaintiff's civil litigation law

10   firm in Downtown Seattle. I handled cases in California and Washington.

11          15.    In August 2015, I started my own law firm and continued to maintain an active

12   practice in California and Washington.

13          16.    I have been an instructor at various CLEs and events, and have published

14   articles.

15          17.    I was also an Adjunct Professor at the Seattle University School of Law in

16   spring 2018. I currently serve as an Arbitrator in King and Snohomish Counties.

17          18.    I believe an hourly rate of $375 for my experience, background, and expertise,

18   is more than reasonable.

19          I declare under penalty of perjury under the laws of the State of Washington that the

20   foregoing is true and correct and is based upon my personal knowledge.

21   **DATED** December 12, 2018, in Mountlake Terrace, WA.

22

                                                        */s/ Ada K. Wong*
23                                                      Ada K. Wong, WSBA #45936

DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S
MOTION TO COMPEL DISCOVERY RESPONSES AND FOR
ATTORNEY'S FEES - 4
Case No. 2:18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that on December 12, 2018, I caused to be electronically filed the

3

foregoing document with the Clerk of the Court using the CM/ECF system, which will send

4

notification of such filing to the following:

5

    Medora A. Marisseau
    Karr Tuttle Campbell

6

    701 Fifth Avenue, Ste. 3300
    Seattle, WA 98104

7

    Email: MMarisseau@karrtuttle.com

8

    Jerrald L. Shivers, TN Bar #036391
    FedEx Freight, Inc.

9

    1715 Aaron Brenner Drive, Suite 600
    Memphis, TN 38120

10

    E-mail: Jerry.shivers@fedex.com

11

    *Counsel for Defendant FedEx Freight, Inc.*

12

13

    I declare under penalty of perjury under the laws of the state of Washington that the

14

foregoing is true and correct.

15

    DATED: December 12, 2018.

16

                                        */s/ Kaila A. Eckert*

17

                                        Kaila A. Eckert, Paralegal

18

19

20

21

22

23

**DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND FOR ATTORNEY'S FEES - 5**
Case No. 2:18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529