# EXHIBIT A

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE, <br><br> Plaintiff, <br><br> v. <br><br> FEDEX FREIGHT, INC., a Washington State entity; "DOE(S) 1-100", employees of FEDEX FREIGHT, INC.; and CORPORATION(S) XYZ 1-100, <br><br> Defendants. | Case No. 2:18-cv-01164 MJP <br><br> **PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX FREIGHT, INC.** |

REQUESTING PARTY:      Plaintiff DAVID GOLDSTINE

RESPONDING PARTY:      Defendant FEDEX FREIGHT, INC.

SET NO.:                        ONE

Plaintiff David Goldstine, in his individual capacity herein, hereby serves these Interrogatories and Request for Production upon Defendant FedEx Freight, Inc. These Interrogatories are served upon you in accordance with Federal Rules of Civil Procedure 33 and 34. Your attention is directed to Fed. R. Civ. P. 26(e) regarding your continuing duty to supplement your answers herein. Answer in the spaces provided (using additional sheets as needed), and verify your answers under oath, signing on the last page. The original of your

1  answers, signed by you, are to be returned to the undersigned attorney within 30 days of service

2  of these Interrogatories upon you.

3       **THIS IS ALSO A REQUEST FOR PRODUCTION, PURSUANT TO FEDERAL**

4  **RULE OF CIVIL PROCEDURE 34.**

5       Please produce requested items for inspection and copying at the offices of Ada K.

6  Wong, AKW LAW, P.C., 6100 219th St. SW, Suite 480, Mountlake Terrace, WA 98043, thirty

7  (30) days from the date of service of this set of Interrogatories and Request for Production

8  upon you.

9       Be advised that the Interrogatories and Request for Production herein apply to all

10  information and items within your knowledge or control, and that of your attorneys, agents,

11  representatives and other persons acting on your behalf. Answer each interrogatory as fully as

12  possible within the time limit, and furnish additional information when it becomes available.

13       If there are any additions, deletions or changes in the answers or information provided

14  at any time prior to trial, you are specifically directed to immediately so inform Plaintiffs'

15  counsel. If additional information is discovered between the time of making these answers and

16  the time of trial, these interrogatories are directed to that information. If such information is

17  not seasonably furnished within a reasonable time prior to trial, the undersigned will move at

18  or before trial to exclude from evidence any such information known to you or in your

19  possession or that of your attorneys, agents, liability insurers, and others acting on your behalf,

20  and will request other appropriate sanctions.

21  ///

22  ///

23  ///

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 2
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

# DEFINITIONS

As used herein:

1. ***Communication.*** The term "communication" means any oral or written expression or exchange of information by speech, writing, or conduct including, but not limited to, in-person conversations, telephone conversations, correspondence, email messages, text messages, electronic instant messages, social media messages, and all other forms of communication.

2. ***Document***. The term "document" shall be used in its broadcast sense as permitted by Federal Rules of Civil Procedure 26 and 34 and means all writings of every kind including, but not limited to, the original or any legible copy of all records, letters, correspondence, appointment books, diaries, files, notes, statements, memoranda or minutes of meetings, conferences and telephone calls, emails, faxes, receipts, written reports or opinions of investigators or experts, status reports, drawings, charts, photographs, negatives, brochures, lists, schedules, manuals, technical notes or standards, expense accounts, financial statements or audit reports, however produced or reproduced, within your possession or subject to your control, of which you have knowledge or to which you now have or previously had access. The term "document" includes drafts and copies that at not identical duplicates of the originals, and copies of documents, the originals of which are not in your possession, custody, or control.

3. ***Identity of Individuals.*** Where the name or identity of an individual person is requested, or where the term "identify" is used in reference to an individual person, please state with respect to each such person:

   a.    Full name;

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 3
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1          b.     Current or last known residence address, and telephone number;

2          c.     Current or last known business address and telephone number;

3          d.     All known email addresses;

4          e.     Current position or occupation;

5          f.     Employer;

6          g.     His or her present whereabouts and his or her present employment

7    position and business affiliation at the time in question; and,

8          h.     Relationship to you.

9         Unless it otherwise appears from the context, a request for the identity of a person

10   relates to all persons in such classification or category.

11        4.   ***Identity of Document.***    The term "identify", when used in reference to a

12   document, means to state with respect to each document:

13         a.     Title of document;

14         b.     The date of preparation of the document;

15         c.     The name and title of each author, sender, creator and initiator of such

16   document;

17         d.     The name and title of recipient, addressee, or party for whom such

18   document was intended (if any);

19         e.     The nature of the document (e.g., letter, memorandum, tape) and other

20   means of identification sufficient to identify the document for purposes of a request for

21   production, and to further state its present location and custodian;

22         f.     Source from whom or from which you obtained the document;

23         g.     Number of pages the document comprises;

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 4
Case No. 2-18-cv-01164 MJP

AKW LAW, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    h.    Production number(s); and,

2    i.    If any such document was, but no longer is, in your possession or

3    custody or subject to your control, describe what disposition was made of it, and give the name,

4    address and telephone number of the person presently having possession, custody or control of

5    the document.

6    5.    ***Identity of Entity***.    The term "identify", when used in reference to an entity

7    other than a natural person, means to state with respect to each such entity:

8    a.    Full legal name or title;

9    b.    Form of business (i.e. profit corporation, partnership);

10    c.    Complete business location and mailing address;

11    d.    Telephone and facsimile numbers;

12    e.    State of incorporation or juridical organization;

13    f.    Address of headquarters of principal place of business; and,

14    g.    Relationship to you.

15    6.    ***Knowledge or Information***.    Where your knowledge or information in your

16    possession is requested, that request includes knowledge of your agents, representatives,

17    employees and attorneys.    When the answer is made by a corporate defendant, the name,

18    address and title of the person supplying the information and the source of such person's

19    information must be included as well.

20    7.    ***Sources of Information***.    The phrase "state the source of your information"

21    means to identify the person and the documents from which the information was obtained

22    where your answers are not based upon your own first-hand information.

23

**PLAINTIFF'S FIRST SET OF INTERROGATORIES AND**
**REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX**
**FREIGHT, INC. - 5**
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    8.    *Person*. "Person" means, without limitation, any natural person, proprietorship,

2    companies, firms, corporations, partnerships, limited liability companies, independent

3    contractors, groups, associations, joint ventures, associations, trusts, estates, communities,

4    agencies, institutions, labor unions, or any form of business, social or legal entity, including

5    governmental subdivisions.

6    9.    *You/Defendant*. "You" means Defendant FedEx Freight, Inc., located at 6414

7    Hardeson Road, Everett, Washington 98203, and its attorneys, agents, employees, officers,

8    representatives, adjusters, investigators and all other persons who are in possession of or who

9    have obtained information on your behalf.

10   10.    *And/or*. "And" or "or" means "and/or," with the singular form being deemed

11   to include the plural and vice versa.

12   11.    **"*He*"** or any other masculine, feminine or neuter pronoun means any

13   individual, regardless of sex or entity, to whom the interrogatory or request for production

14   would otherwise apply.

15   12.    **"*Relating to*"** means to be relevant in any way to the subject matter in

16   questions, including without limitation all information that directly or indirectly contains,

17   describes, records summarizes, evaluates, refers to, is pertinent to, comments upon, or

18   discusses the subject matter or that states the background of, or was the basis for, or that

19   records, evaluates, was referred to, relied upon, used generated, transmitted, or receive din

20   arriving at any conclusion, opinion, estimate, position, decision, belief, or assertion concerning

21   the subject matter.

22

23

**PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 6**
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    13.    *"Any"* should be understood in either its most or least inclusive sense as

2    necessary to bring within the scope of the discovery request all responses that might otherwise

3    be construed to be outside of its scope.

4    14.    All documents, including records, files, e-mails, correspondence, and

5    memoranda, stored electronically must be produced in its <u>native format, including all metadata.</u>

6    15.    The use of the singular form of any word includes the plural and vice versa. The

7    masculine includes the feminine and neuter genders. The past tense includes the present tense

8    where the clear meaning is not distorted by change of tense. "And" as well as "or" shall be

9    construed disjunctively or conjunctively as necessary to bring within the scope of the request

10   all responses that otherwise might be construed to be outside the scope. "Include" and

11   "including" and variations thereof shall not be interpreted in terms of limitations but shall be

12   deemed to be followed by the words "without limitation." "Any" shall be construed as

13   synonymous with "every and "all" and shall be all-inclusive.

14   These discovery requests shall be deemed to be continuing, and, in the event that you

15   discover information that is responsive to these requests, you are to promptly supplement your

16   answers to these requests.

17                                    **INSTRUCTIONS**

18   1.    **Relevant Time Period**: Unless otherwise noted, the relevant time period for

19   which documents and information are requested is **February 1, 2015 to present**.

20   2.    **Scope**: This Request requests production of information and documents that are

21   in your possession, custody, or control, including documents in the possession of your

22   employees, agents, independent contractors, representatives, and attorneys, unless privileged.

23

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 7
Case No. 2-18-cv-01164 MJP

AKW LAW, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1      3.      **Objections**: If you object to the information requested by any interrogatory or

2    request for production in whole or in part, or contend that any identified document or

3    information would be excluded from production in discovery, state the reasons for such

4    objections or ground for exclusion, and identify each person having knowledge or the factual

5    basis, if any, on which the objection, privilege, or other ground is asserted.

6      4.      **Privileged Documents**: If any document is withheld under claim of privilege,

7    identify the document and state the basis for the privilege, and provide a detailed privilege log

8    that contains at least the following information for each document that you have withheld: (a)

9    the name of each author, writer, sender, creator, or initiator of such document; (b) the name of

10   each recipient, addressee, or party for whom such document was intended or to whom it was

11   sent; (c) the date of such document, or an estimate thereof if no date appears on the document;

12   (d) the general subject matter of the document; and (e) the claimed grounds for withholding

13   the document, including but not limited to the nature of any claimed privilege and grounds in

14   support thereof.

15     5.      **Documents No Longer in Possession of Respondent/Destroyed Documents**:

16   If any responsive document is no longer in your possession, custody or control, produce a

17   description of each such document. The description shall include the following:

18          a.      Name of each author, sender, creator, and initiator of such document;

19          b.      Name of each recipient, addressee, or party for whom such document

20   was intended;

21          c.      Date the document was created;

22          d.      Date(s) the document was in use;

23          e.      Detailed description of the content of the document;

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 8
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1         f.       Reason it is no longer in your possession, custody, or control; and,

2         g.       Current location of the document.

3     6.       **Duty to Supplement**: The Request imposes a continuing duty on you to

4 produce promptly any responsive document, information, or item that comes into your

5 knowledge, possession, custody, or control after your initial production of responses to the

6 requests. You are also required to amend your responses if you discover a previous response

7 was incorrect or incomplete.

8

9 **DATED** _____ SEP 2 4 2018 _____.

10                   AKW LAW, P.C.

11

12                   Ada K. Wong, WSBA #45936

13                   Attorney for Plaintiff
                   6100 219th St. SW, Suite 480

14                   Mountlake Terrace, WA 98043
                   Tel.: (206) 259-1259

15                   Fax: (855) 925-9529
                   Email: ada@akw-law.com

16

17

18

19

20

21

22

23

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 9
Case No. 2-18-cv-01164 MJP

AKW LAW, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1                               **INTERROGATORIES**

2 **INTERROGATORY NO. 1:**

3        Please identify all persons who were consulted or who assisted in answering these

4 discovery requests, or who furnished information which was used in answering them, including

5 names, address, telephone numbers, and relationship with Defendant FEDEX FREIGHT, INC.

6 **ANSWER:**

7

8

9 **INTERROGATORY NO. 2:**

10      Identify each person having knowledge of any damages claimed by Plaintiff DAVID

11 GOLDSTINE, and please provide each identified person's address, phone number, and the

12 substance of their knowledge.

13 **ANSWER:**

14

15

16 **INTERROGATORY NO. 3:**

17        Has Defendant FEDEX FREIGHT, INC. been a party to any lawsuits involving claims

18 or allegations of disability discrimination, wrongful termination, and/or constructive discharge,

19 in the past five (5) years?  If so, provide the names, parties, and cause number, a description

20 of the nature of the lawsuit, and the outcome of the lawsuit.

21 **ANSWER:**

22

23

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 10
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1  **INTERROGATORY NO. 4:**

2      Please identify all individuals who were Plaintiff DAVID GOLDSTINE's managers

3  and supervisors at Defendant FEDEX FREIGHT, INC. including each identified individual's

4  full name, all position title(s), dates of employment, and reason for separation, if separated.

5  **ANSWER:**

6

7

8  **INTERROGATORY NO. 5:**

9      Please identify all agents, personnel, staff, contractors, and/or employees in Defendant

10  FEDEX FREIGHT, INC.'s Human Resources department and/or who have whole or partial

11  duties as a Human Resources personnel during Plaintiff DAVID GOLDSTINE's employment

12  with Defendant FEDEX FREIGHT, INC., and please provide each identified individual's full

13  name, position title(s), dates of employment, reason for separation, and job description/duties

14  and responsibilities.

15  **ANSWER:**

16

17

18  **INTERROGATORY NO. 6:**

19      Please identify all past and current employees, staff, and/or independent contractors in

20  the position of "Road Driver" and/or who have had whole or partial duties as a Road Driver

21  with Defendant FEDEX FREIGHT, INC. in the last five (5) years, including each identified

22  individual's full name, position title(s), dates of employment, reason for separation, rate of

23  pay, and job description/duties and responsibilities.

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 11
Case No. 2-18-cv-01164 MJP

AKW LAW, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    **ANSWER:**

2

3

4    **INTERROGATORY NO. 7:**

5        Please identify all of Defendant FEDEX FREIGHT, INC.'s trainings, materials,

6    handbooks, policies, procedures, manuals, guidelines, bulletins, notes, memoranda, letters, and

7    e-mails regarding, related to, and/or referring to health and safety training for the last seven (7)

8    years.

9    **ANSWER:**

10

11

12    **INTERROGATORY NO. 8:**

13        Please identify all of Defendant FEDEX FREIGHT, INC.'s trainings, materials,

14    handbooks, policies, procedures, manuals, guidelines, bulletins, notes, memoranda, letters, and

15    e-mails regarding, related to, and/or referring to certification requirements for the last seven

16    (7) years.

17    **ANSWER:**

18

19

20    **INTERROGATORY NO. 9:**

21        Please identify all of Defendant FEDEX FREIGHT, INC.'s trainings, materials,

22    handbooks, policies, procedures, manuals, guidelines, bulletins, notes, memoranda, letters, and

23

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 12
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    e-mails regarding, related to, and/or referring to discrimination on the basis of an actual or

2    perceived disability for the last seven (7) years.

3    **ANSWER:**

4

5

6    **INTERROGATORY NO. 10:**

7         Please identify all of Defendant FEDEX FREIGHT, INC.'s trainings, materials,

8    handbooks, policies, procedures, manuals, guidelines, bulletins, notes, memoranda, letters, and

9    e-mails regarding, related to, and/or referring to retaliation for protected activities related to

10   discrimination on the basis of an actual or perceived disability for the last seven (7) years.

11   **ANSWER:**

12

13

14   **INTERROGATORY NO. 11:**

15        Please identify all of Defendant FEDEX FREIGHT, INC.'s trainings, materials,

16   handbooks, policies, procedures, manuals, guidelines, bulletins, notes, memoranda, letters, and

17   e-mails regarding, related to, and/or referring to reasonable accommodation of disabled

18   employees for the last seven (7) years.

19   **ANSWER:**

20

21

22   **INTERROGATORY NO. 12:**

23

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 13
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    Please identify all of Defendant FEDEX FREIGHT, INC.'s trainings, materials,

2    handbooks, policies, procedures, manuals, guidelines, bulletins, notes, memoranda, letters, and

3    e-mails regarding, related to, and/or referring to vehicle maintenance, repairs, and vehicle

4    safety procedures for drivers for the last five (5) years.

5    **ANSWER:**

6

7

8    **INTERROGATORY NO. 13:**

9    Please identify all of Defendant FEDEX FREIGHT, INC.'s trainings, materials,

10   handbooks, policies, procedures, manuals, guidelines, bulletins, notes, memoranda, letters, and

11   e-mails offered to Defendant FEDEX FREIGHT, INC.'s employees, agents, independent

12   contractors, staff, and/or personnel who have whole or partial duties as a road driver for the

13   last five (5) years.

14   **ANSWER:**

15

16

17   **INTERROGATORY NO. 14:**

18   If Defendant FEDEX FREIGHT, INC. had any communications, in any form, with any

19   person (excluding its attorneys), regarding the matters alleged in Plaintiff DAVID

20   GOLDSTINE's Complaint, state:

21       (a)    The identity of the person(s) with whom such communications were made;

22       (b)    What was said to the person(s) identified in subsection (a); and

23       (c)    The date and form (written or oral) of each such communications.

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 14
Case No. 2-18-cv-01164 MJP

1 **ANSWER:**

2

3

4 **INTERROGATORY NO. 15:**

5     Identify each person that FEDEX FREIGHT, INC. or its attorneys expect to testify at

6 trial as an expert witness, and for each such witness, state:

7         (a)     The subject matter on which the expert is expected to testify;

8         (b)     The substance of the facts and opinions to which the expert will testify; and

9         (c)     A summary of the grounds for each such opinion.

10 **ANSWER:**

11

12

13 **INTERROGATORY NO. 16:**

14     Please identify all Defendant FEDEX FREIGHT, INC.'s employees, agents,

15 independent contractors, staff, and/or personnel, including full names, position titles, job

16 responsibilities and/or duties, rate of pay, dates of employment, reason for decertification, last

17 known e-mail address(es), last known telephone number(s), and last known physical

18 address(es) for the last five (5) years who held the same or similar position, duties or

19 responsibilities of Plaintiff DAVID GOLDSTINE and have been decertified at any time (as

20 used herein, the term "decertified" refers to the practice of prohibiting a "Road Driver" or other

21 employee from driving for Defendant FEDEX FREIGHT, INC.).

22 **ANSWER:**

23

**PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX FREIGHT, INC. - 15**
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1

2    **INTERROGATORY NO. 17:**

3        Please identify whether Plaintiff DAVID GOLDSTINE correctly named Defendant

4    FEDEX FREIGHT, INC. in this matter and identify any other entities that employed Plaintiff

5    as related to Defendant FEDEX FREIGHT, INC.

6    **ANSWER:**

7

8

9    **INTERROGATORY NO. 18:**

10       Please describe in detail the communication that took place between Randy Mott and

11   Plaintiff DAVID GOLDSTINE on or about April 7, 2017 regarding Plaintiff DAVID

12   GOLDSTINE's failure to close the damaged door on the truck he was assigned to drive to

13   Portland, Oregon on or about April 6, 2017.

14   **ANSWER:**

15

16

17   **INTERROGATORY NO. 19:**

18       Please describe in detail the reasons Plaintiff DAVID GOLDSTINE was decertified at

19   any time during his employment with Defendant FEDEX FREIGHT, INC. and include:

20       (a)    All dates of decertification;

21       (b)    Method(s) of communication in which Plaintiff was notified of decertification;

22              and

23

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 16
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1       (c)    Person(s) and Title(s) of Person(s) who communicated said notification of

2            decertification to Plaintiff.

3 **ANSWER:**

4

5

6 **INTERROGATORY NO. 20:**

7     Please identify all documents regarding and/or referring to certification provided by or

8 on behalf of Plaintiff DAVID GOLDSTINE to Defendant FEDEX FREIGHT, INC., including

9 all dates when Defendant received each certification.

10 **ANSWER:**

11

12

13 **INTERROGATORY NO. 21:**

14     Please identify each certification (and all attempts of certification) provided by or on

15 behalf of Plaintiff DAVID GOLDSTINE to Defendant FEDEX FREIGHT, INC. that was

16 rejected, including the following:

17       (a)    Detailed reason for each rejection;

18       (b)    Date of each rejection;

19       (c)    Method of communication of rejection by Defendant FEDEX FREIGHT, INC.

20            to Plaintiff DAVID GOLDSTINE; and

21       (d)    Person(s) and Title(s) of Person(s) who communicated notification of

22            decertification to Plaintiff DAVID GOLDSTINE.

23 **ANSWER:**

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 17
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1

2

3   **INTERROGATORY NO. 22:**

4      Please describe in detail the communication between Plaintiff DAVID GOLDSTINE

5   and Christy Tayman that occurred on or about April 18, 2017 regarding Plaintiff DAVID

6   GOLDSTINE's alleged "disqualifying condition."

7   **ANSWER:**

8

9

10   **INTERROGATORY NO. 23:**

11      Please describe in detail the reasons Plaintiff DAVID GOLDSTINE was "parked" (as

12   used herein, the term "parked" refers to the practice of prohibiting a "Road Driver" or other

13   employee from driving for Defendant FEDEX FREIGHT, INC.) at any time during his

14   employment with Defendant FEDEX FREIGHT, INC. and include:

15      (a)      All dates during which Plaintiff DAVID GOLDSTINE was "parked";

16      (b)      Method(s) of communication in which Plaintiff DAVID GOLDSTINE was

17              notified that he was "parked"; and

18      (c)      The names and position titles of said individual(s) who communicated said

19              notification of being "parked" to Plaintiff DAVID GOLDSTINE.

20   **ANSWER:**

21

22

23

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 18
Case No. 2-18-cv-01164 MJP

AKW LAW, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1      ## REQUEST FOR PRODUCTION OF DOCUMENTS

2      **REQUEST FOR PRODUCTION NO. 1:**

3          Please produce a copy of all documents, notes, audio or video recordings,

4      correspondence, memoranda, e-mails, letters, files or other communications maintained by

5      Defendant FEDEX FREIGHT, INC.'s Human Resources and/or personnel department

6      regarding, referring to, and/or related to Plaintiff DAVID GOLDSTINE for the last five (5)

7      years.

8      **RESPONSE:**

9

10

11     **REQUEST FOR PRODUCTION NO. 2:**

12         Please produce all trainings, materials, handbooks, policies, procedures, manuals,

13     guidelines, bulletins, notes, memoranda, letters, and e-mails regarding, related to, and/or

14     referring to health and safety training at Defendant FEDEX FREIGHT, INC. for the last seven

15     (7) years.

16     **RESPONSE:**

17

18

19     **REQUEST FOR PRODUCTION NO. 3:**

20         Please produce all trainings, materials, handbooks, policies, procedures, manuals,

21     guidelines, bulletins, notes, memoranda, letters, and e-mails regarding, related to, and/or

22     referring to certification requirements at Defendant FEDEX FREIGHT, INC. for the last seven

23     (7) years.

**PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 19**
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    **RESPONSE:**

2

3

4    **REQUEST FOR PRODUCTION NO. 4:**

5        Please produce all trainings, materials, handbooks, policies, procedures, manuals,

6    guidelines, bulletins, notes, memoranda, letters, and e-mails regarding, related to, and/or

7    referring to discrimination on the basis of an actual or perceived disability at Defendant

8    FEDEX FREIGHT, INC. for the last seven (7) years.

9    **RESPONSE:**

10

11

12   **REQUEST FOR PRODUCTION NO. 5:**

13       Please produce all trainings, materials, handbooks, policies, procedures, manuals,

14   guidelines, bulletins, notes, memoranda, letters, and e-mails regarding, related to, and/or

15   referring to retaliation for protected activities related to discrimination on the basis of an actual

16   or perceived disability at Defendant FEDEX FREIGHT, INC. for the last seven (7)  years.

17   **RESPONSE:**

18

19

20   **REQUEST FOR PRODUCTION NO. 6:**

21       Please produce all trainings, materials, handbooks, policies, procedures, manuals,

22   guidelines, bulletins, notes, memoranda, letters, and e-mails regarding, related to, and/or

23

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 20
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1   referring to reasonable accommodation of disabled employees at Defendant FEDEX

2   FREIGHT, INC. for the last seven (7) years.

3   **RESPONSE:**

4

5

6   **REQUEST FOR PRODUCTION NO. 7:**

7        Please produce all trainings, materials, handbooks, policies, procedures, manuals,

8   guidelines, bulletins, notes, memoranda, letters, and e-mails regarding, related to, and/or

9   referring to vehicle maintenance, repairs, and vehicle safety procedures for drivers at

10  Defendant FEDEX FREIGHT, INC. for the last seven (7) years.

11  **RESPONSE:**

12

13

14  **REQUEST FOR PRODUCTION NO. 8:**

15       Please produce a copy of all documents Defendant FEDEX FREIGHT, INC. has

16  presented to Plaintiff DAVID GOLDSTINE for signature, or prepared for Plaintiff DAVID

17  GOLDSTINE's signature, including but not limited to agreements, disciplinary notices,

18  releases, offers, contracts, correspondence, and certifications or rejection of certifications,

19  including all drafts, in native format.

20  **RESPONSE:**

21

22

23  **REQUEST FOR PRODUCTION NO. 9:**

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 21
Case No. 2-18-cv-01164 MJP

AKW LAW, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1         Please produce all investigations, including conclusions, correspondence, memoranda,

2    notes, text messages, audio and video recordings, findings, statements, interviews, etc.,

3    regarding complaints related to health and safety training by employees, agents, and/or

4    independent contractors of Defendant FEDEX FREIGHT, INC. for the last five (5) years.

5    **RESPONSE:**

6

7

8    **REQUEST FOR PRODUCTION NO. 10:**

9         Please produce all investigations, including conclusions, correspondence, memoranda,

10   notes, text messages, audio and video recordings, findings, statements, interviews, etc.,

11   regarding complaints related to certification requirements by employees, agents, and/or

12   independent contractors of Defendant FEDEX FREIGHT, INC. for the last five (5) years.

13   **RESPONSE:**

14

15

16   **REQUEST FOR PRODUCTION NO. 11:**

17        Please produce all investigations, including conclusions, correspondence, memoranda,

18   notes, text messages, audio and video recordings, findings, statements, interviews, etc.,

19   regarding complaints of discrimination and on the basis of an actual or perceived disability by

20   employees, agents, and/or independent contractors of Defendant FEDEX FREIGHT, INC. for

21   the last five (5) years.

22   **RESPONSE:**

23

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 22
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**REQUEST FOR PRODUCTION NO. 12:**

Please produce all investigations, including conclusions, correspondence, memoranda, notes, text messages, audio and video recordings, findings, statements, interviews, etc., regarding complaints of retaliation for protected activities related to discrimination on the basis of an actual or perceived disability by employees, agents, and/or independent contractors of Defendant FEDEX FREIGHT, INC. for the last five (5) years.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 13:**

Please produce all investigations, including conclusions, correspondence, memoranda, notes, text messages, audio and video recordings, findings, statements, interviews, etc., regarding complaints regarding failure to provide reasonable accommodations to disabled employees, agents, and/or independent contractors of Defendant FEDEX FREIGHT, INC. for the last five (5) years.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 14:**

Please produce all investigations, including conclusions, correspondence, memoranda, notes, text messages, audio and video recordings, findings, statements, interviews, etc., regarding complaints about vehicle maintenance, repairs, and vehicle safety procedures by

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 23
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1  employees, agents, and/or independent contractors of Defendant FEDEX FREIGHT, INC. for

2  the last five (5) years.

3  **RESPONSE:**

4

5

6  **REQUEST FOR PRODUCTION NO. 15:**

7  Please produce any non-privileged documents or material things Defendant FEDEX

8  FREIGHT, INC. has obtained and/or sent to any third party relating to this matter, including

9  but not limited to requests for information or documents received from Plaintiff DAVID

10  GOLDSTINE, public agencies, governments, private agencies, records requests, documents

11  obtained from your employees, independent contractors or agents, bookkeepers, accountants,

12  and payroll management.

13  **RESPONSE:**

14

15

16  **REQUEST FOR PRODUCTION NO. 16:**

17  Please produce a copy of any and all documents identified in Defendant FEDEX

18  FREIGHT, INC.'s answer to Interrogatory No. 13.

19  **RESPONSE:**

20

21

22  **REQUEST FOR PRODUCTION NO. 17:**

23  For each expert identified in Interrogatory No. 15, please produce:

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 24
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1      (a)   The expert's complete file in this case, including, without limitation, all notes,

2              reports, drafts of reports or other documents relating to communications and

3              correspondence with counsel or other concerning this case.

4      (b)   A list of all publications authored, in whole or in part, by the expert within the

5              preceding ten years, as well as copies of the publications, per se.

6      (c)   Any and all documents contained data or other information considered by the

7              expert in forming his/her opinions.

8      (d)   Any exhibits to be used as a summary of or support for the opinions.

9  **RESPONSE:**

10

11

12  **REQUEST FOR PRODUCTION NO. 18:**

13      Please produce any and all documents that in any way refer to, relate to, support, or

14  contradict the information described in Defendant FEDEX FREIGHT, INC.'s answer to

15  Interrogatory No. 18.

16  **RESPONSE:**

17

18

19  **REQUEST FOR PRODUCTION NO. 19:**

20      Please produce any and all documents that in any way refer to, relate to, support, or

21  contradict the information identified in Defendant FEDEX FREIGHT, INC.'s answer to

22  Interrogatory No. 19.

23  **RESPONSE:**

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 25
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1

2

3 **REQUEST FOR PRODUCTION NO. 20:**

4      Please produce a copy of any and all documents identified in Defendant FEDEX

5 FREIGHT, INC.'s answer to Interrogatory No. 20.

6 **RESPONSE:**

7

8

9 **REQUEST FOR PRODUCTION NO. 21:**

10      Please produce a copy of any and all documents identified in Defendant FEDEX

11 FREIGHT, INC.'s answer to Interrogatory No. 21.

12 **RESPONSE:**

13

14

15 **REQUEST FOR PRODUCTION NO. 22:**

16      Please produce any and all documents that in any way refer to, relate to, support, or

17 contradict the information provided in Defendant FEDEX FREIGHT, INC.'s answer to

18 Interrogatory No. 22.

19 **RESPONSE:**

20

21

22 **REQUEST FOR PRODUCTION NO. 23:**

23      Please produce any and all documents that in any way refer to, relate to, support, or

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 26
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1  contradict the information provided in Defendant FEDEX FREIGHT, INC.'s answer to

2  Interrogatory No. 23.

3  **RESPONSE:**

4

5

6  Dated _____SEP 2 4 2018_____.

7                                                      **AKW LAW, P.C.**

8

9                                                      Ada K. Wong, WSBA #45936
                                                       Attorney for Plaintiff
10                                                     6100 219th St. SW, Suite 480
                                                       Mountlake Terrace, WA 98043
11                                                     Tel.: (206) 259-1259
                                                       Fax: (855) 925-9529
12                                                     E-mail: ada@akw-law.com

13

14

15

16

17

18

19

20

21

22

23

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 27
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1

## **ATTORNEY CERTIFICATION**

2      The undersigned counsel for defendant hereby certifies Defendant's responses pursuant

3   to Fed. R. Civ. P. 26(g).

4

5      Dated this _____ day of _____, 2018.

6                                                      _____
                                                       Medora Marisseau, WSBA #28169
                                                       Jerrald L. Shivers, TN Bar #036391
7                                                      Attorneys for Defendant FedEx Freight, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 28
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1

## DECLARATION OF RESPONDING PARTY

2      I declare under the penalty of perjury under the laws of the State of Washington that

3  I am the Defendant in this action OR I am the _____ of

4  _____ and am authorized to make the foregoing answers. I

5  declare that I have read the foregoing answers, know the contents thereof, and believe them to

6  be true and correct.

7      Dated this _____ day of _____, 2018, at _____,

8  Washington.

9

10                                    _____
                                       Name

11

12                                    _____
                                       Its

13

14                                    Address: _____

                                       _____

15                                    _____

16

17

18

19

20

21

22

23

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 29
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On _September 24_, 2018, I caused a copy of the foregoing **PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX FREIGHT, INC.** to be served on the parties listed below in the manner specified below:

| | |
|---|---|
| Medora A. Marriseau<br>KARR TUTTLE CAMPBELL<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>E-mail: mmarrisseau@carrtuttle.com | ☐ VIA FACSIMILE<br>☒ **VIA FIRST CLASS U.S. MAIL**<br>☐ VIA MESSENGER/HAND DELIVERY |
| Jerrald L. Shivers, TN Bar #036391<br>FedEx Freight, Inc.<br>1715 Aaron Brenner Drive, Suite 600<br>Memphis, TN 38120<br>E-mail: Jerry.shivers@fedex.com | ☒ **VIA E-MAIL**/E-FILE |
| *Attorneys for Defendant* | |

Dated this **24th** day of _September_, 2018, at Mountlake Terrace, Washington.

Kaila A. Eckert, Paralegal

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO DEFENDANT FEDEX
FREIGHT, INC. - 30
Case No. 2-18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529