# EXHIBIT B

**Ada Wong**
___

| | |
|---|---|
| **From:** | Ada Wong |
| **Sent:** | Monday, December 10, 2018 8:12 PM |
| **To:** | Jerry Shivers; Medora A. Marisseau |
| **Cc:** | Kaila Eckert |
| **Subject:** | RE: Goldstine v. FedEx Freight, Inc. |

Good evening, counsel,

I have not received the promised responses and documents.  Can you please confirm whether you have sent those, and if so, how and when?  If we do not receive complete responses and documents by noon tomorrow, Tuesday, 12/11/18, we will have no choice but to file a motion to compel since the deadline has long passed and my client does not want to wait any longer – especially given that we have to wait several weeks for a noting date.

Thank you,

**Ada K. Wong**
Attorney at Law
Licensed in WA & CA



**Main Office:** 6100 219th Street SW, Suite 480, Mountlake Terrace, WA 98043
**Main:** (206) 259-1259
**Direct:** (206) 886-7886
**Fax:** (855) 925-9529
**Web:** www.AKW-LAW.com  |  www.EZ-WILLS.com

Serving Washington & California

*A referral is our biggest compliment.  If you know someone in need of our services, please let me know.*

Click to learn more about Ada K. Wong:

  

**From:** Ada Wong
**Sent:** Friday, November 30, 2018 10:47 AM
**To:** Jerry Shivers <jerry.shivers@fedex.com>; Medora A. Marisseau <mmarisseau@karrtuttle.com>
**Cc:** Kaila Eckert <paralegal@akw-law.com>
**Subject:** RE: Goldstine v. FedEx Freight, Inc.

Jerry,

Thanks for meeting and conferring with me regarding Def's overdue discovery responses.  I look forward to receiving the responses by COB next Friday, 12/7.

Regards,


**Ada K. Wong**
Attorney at Law
Licensed in WA & CA



**Main Office:** 6100 219th Street SW, Suite 480, Mountlake Terrace, WA 98043
**Main:** (206) 259-1259
**Direct:** (206) 886-7886
**Fax:** (855) 925-9529
**Web:** www.AKW-LAW.com  |  www.EZ-WILLS.com

Serving Washington & California

*A referral is our biggest compliment.  If you know someone in need of our services, please let me know.*

Click to learn more about Ada K. Wong:

   

---

**From:** Jerry Shivers <jerry.shivers@fedex.com>
**Sent:** Friday, November 30, 2018 6:43 AM
**To:** Ada Wong <ada@akw-law.com>; Medora A. Marisseau <mmarisseau@karrtuttle.com>
**Cc:** Kaila Eckert <paralegal@akw-law.com>
**Subject:** RE: Goldstine v. FedEx Freight, Inc.

901-434-8305

---

**From:** Ada Wong [mailto:ada@akw-law.com]
**Sent:** Wednesday, November 28, 2018 1:06 PM
**To:** Jerry Shivers <jerry.shivers@fedex.com>; Medora A. Marisseau <mmarisseau@karrtuttle.com>
**Cc:** Kaila Eckert <paralegal@akw-law.com>
**Subject:** [EXTERNAL] [Marketing Mail] RE: Goldstine v. FedEx Freight, Inc.

Jerry,

Hope you had a wonderful travel time. I'll call you this Fri., 11/30 at 10:30 am.  What # should I ring?

Thanks,

# Ada K. Wong
Attorney at Law
Licensed in WA & CA



**Main Office:** 6100 219th Street SW, Suite 480, Mountlake Terrace, WA 98043
**Main:** (206) 259-1259
**Direct:** (206) 886-7886
**Fax:** (855) 925-9529
**Web:** www.AKW-LAW.com  |  www.EZ-WILLS.com

Serving Washington & California

*A referral is our biggest compliment.  If you know someone in need of our services, please let me know.*

Click to learn more about Ada K. Wong:

   

---

**From:** Jerry Shivers <jerry.shivers@fedex.com>
**Sent:** Wednesday, November 28, 2018 7:54 AM
**To:** Ada Wong <ada@akw-law.com>; Medora A. Marisseau <mmarisseau@karrtuttle.com>
**Cc:** Kaila Eckert <paralegal@akw-law.com>
**Subject:** RE: Goldstine v. FedEx Freight, Inc.

Ada,
I have been traveling the last two weeks and somehow missed your email.  I apologize.  I cannot do the call today, but I am available on Friday any time after 9 am PST.
Jerry

---

**From:** Ada Wong [mailto:ada@akw-law.com]
**Sent:** Tuesday, November 27, 2018 7:40 PM
**To:** Medora A. Marisseau <mmarisseau@karrtuttle.com>; Jerry Shivers <jerry.shivers@fedex.com>
**Cc:** Kaila Eckert <paralegal@akw-law.com>
**Subject:** [EXTERNAL] [Marketing Mail] RE: Goldstine v. FedEx Freight, Inc.

Counsel,

I don't believe I've received a response from either Medora or Jerry.  I will call you tomorrow, Wed. 11/28 at 2 pm PST for our conference.  If that time doesn't work for you, please provide me with alternate times tomorrow afternoon and this Friday, 11/30 before 2:15 pm PST.

Thanks,

**Ada K. Wong**
Attorney at Law
Licensed in WA & CA



**Main Office:** 6100 219th Street SW, Suite 480, Mountlake Terrace, WA 98043
**Main:** (206) 259-1259
**Direct:** (206) 886-7886
**Fax:** (855) 925-9529
**Web:** www.AKW-LAW.com   |   www.EZ-WILLS.com

Serving Washington & California

*A referral is our biggest compliment.  If you know someone in need of our services, please let me know.*

Click to learn more about Ada K. Wong:



**From:** Ada Wong
**Sent:** Monday, November 19, 2018 3:25 PM
**To:** Medora A. Marisseau <mmarisseau@karrtuttle.com>; Kaila Eckert <paralegal@akw-law.com>; Jerry Shivers <jerry.shivers@fedex.com>
**Subject:** RE: Goldstine v. FedEx Freight, Inc.

Counsel,

I would like to schedule a CR 26i conference to discuss the status of your client's discovery responses.  Please let me know what times work for you tomorrow, 11/20, and Wed., 11/21.  If you've sent the discovery responses already and we missed it, please re-send.

Thanks,

**Ada K. Wong**
Attorney at Law
Licensed in WA & CA



**Main Office:** 6100 219th Street SW, Suite 480, Mountlake Terrace, WA 98043
**Main:** (206) 259-1259
**Direct:** (206) 886-7886
**Fax:** (855) 925-9529
**Web:** www.AKW-LAW.com   |   www.EZ-WILLS.com

4

Serving Washington & California

*A referral is our biggest compliment.  If you know someone in need of our services, please let me know.*

Click to learn more about Ada K. Wong:

  

---

**From:** Medora A. Marisseau <mmarisseau@karrtuttle.com>
**Sent:** Thursday, November 1, 2018 3:59 PM
**To:** Kaila Eckert <paralegal@akw-law.com>; Jerry Shivers <jerry.shivers@fedex.com>
**Cc:** Ada Wong <ada@akw-law.com>
**Subject:** RE: Goldstine v. FedEx Freight, Inc.

Hi Kaila:  This was the basis for my calls and messages last week. We expect to get something out to you early next week.

*Medora*

Medora A. Marisseau
Attorney at Law | mmarisseau@karrtuttle.com  |  Office:  206.224.8045   |  Fax:  206.682.7100
Karr Tuttle Campbell | 701 Fifth Avenue, Suite 3300  | Seattle, WA 98104 | www.karrtuttle.com

---

**From:** Kaila Eckert [mailto:paralegal@akw-law.com]
**Sent:** Thursday, November 1, 2018 2:16 PM
**To:** Medora A. Marisseau <mmarisseau@karrtuttle.com>; Jerry Shivers <jerry.shivers@fedex.com>
**Cc:** Ada Wong <ada@akw-law.com>
**Subject:** Goldstine v. FedEx Freight, Inc.

Good Afternoon,

Checking in to find out of the status of Defendant's Responses to Plaintiff's First Interrogatories and Requests for Production. We haven't seen anything come through, so I wanted to reach out.

Thank you,

**Kaila Eckert**
Paralegal



**Main Office:** 6100 219th Street SW, Suite 480, Mountlake Terrace, WA 98043
**Tel.:** (206) 259-1259
**Fax:** (855) 925-9529
**Web:** www.AKW-LAW.com  |  www.EZ-WILLS.com

Serving Washington & California

*A referral is our biggest compliment.  If you know someone in need of our services, please let me know.*

Please consider the environment before printing this email

IMPORTANT/CONFIDENTIAL: This e-mail message (and any attachments accompanying it) may contain confidential information, including information protected by attorney-client privilege. The information is intended only for the use of the intended recipient(s).  Delivery of this message to anyone other than the intended recipient(s) is not intended to waive any privilege or otherwise detract from the confidentiality of the message.  If you are not the intended recipient, or if this message has been addressed to you in error, do not read, disclose, reproduce, distribute, disseminate or otherwise use this transmission, rather, please promptly notify the sender by reply e-mail, and then destroy all copies of the message and its attachments, if any.