UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE, <br><br> Plaintiff, <br><br> v. <br><br> FEDEX FREIGHT Inc., <br><br> Defendant. | CASE NO. C18-1164 MJP <br><br> ORDER GRANTING MOTION TO COMPEL |

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion to Compel Further Discovery Responses and for Attorney's Fees (Dkt. No. 33),

2. Defendant's Opposition to Plaintiff's Motion to Compel Further Discovery Responses and for Attorney's Fees (Dkt. No. 35),

3. Plaintiff's Reply re: Motion to Compel Further Discovery Responses and for Attorney's Fees (Dkt. No. 38),

all attached declarations and exhibits and relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is GRANTED.  Defendant shall provide full and complete further responses (without objections) and all responsive documents to Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Plaintiff within 7 days of the date of this Order.

IT IS FURTHER ORDERED that Plaintiff shall submit a request for attorney's fees with accompanying affidavits in support of the amount requested.  Plaintiff shall file its request by **March 25, 2019;** any response by Defendant shall not exceed six (6) pages and is due by **March 29, 2019.**

The clerk is ordered to provide copies of this order to all counsel.

Dated March 19, 2019.

Marsha J. Pechman
United States Senior District Judge