Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID GOLDSTINE,

    Plaintiff,

v.

FEDEX FREIGHT, INC., a Washington State entity; "DOE(S) 1-100", employees of FEDEX FREIGHT, INC.; and CORPORATION(S) XYZ 1-100,

    Defendants.

NO. 2:18-cv-01164 MJP

UNOPPOSED MOTION AND ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

## I.  UNOPPOSED MOTION

Defendant FedEx Freight, Inc. ("FedEx") hereby moves the Court for a 1-day extension of time to respond to Plaintiff's Motion to Compel. Pursuant to LCR 7(d), the current due date for FedEx's response is scheduled for May 29, 2019. FedEx requests the above-described 1-day extension due to a scheduling conflict that has hindered its ability to adequately respond to Plaintiff's Motion to Compel by the currently scheduled response date of May 29, 2019. Plaintiff's counsel has been advised and has consented to the above-requested extension of the deadline for FedEx's response to Plaintiff's Motion to Compel to May 30, 2019.

STIPULATED MOTION AND ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING- 1
#1249208 v1 / 43010-011

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1  It is so stipulated this 28th day of May, 2019.

2  KARR TUTTLE CAMPBELL

3

4  s/ Medora A. Marisseau
   Medora Marisseau, WSBA No. 23114
5  701 Fifth Avenue, Suite 3300
   Seattle, WA 98104
6  Telephone: 206-223-1313
   Facsimile: 206-682-7100
7  Email: mmarisseau@karrtuttle.com

8

9  /s Donald H. Snook
   Donald H. Snook, Pro Hac Vice
10 FedEx Freight, Inc.
11 1715 Aaron Brenner Drive, Ste 600
   Memphis, TN 38120
12 Telephone: 901-434-8305
13 Facsimile: 901-468-1765
   Email: donald.snook@fedex.com
14 Attorneys for Defendant FedEx Freight, Inc.

/s/ Ada K. Wong
Ada K. Wong, WSBA #45936
Attorney for Plaintiff
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel: (206) 259-1259
Fax: (855) 925-0529
E-mail: ada@akw-law.com

15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED MOTION AND ORDER
GRANTING EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING- 2
#1249208 v1 / 43010-011

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## ORDER

THIS MATTER having come before the Court on the Unopposed Motion for Order Granting Extension of Time to File Responsive Pleading, and the Court having considered the Motion, hereby orders as follows:

It is ORDERED that the due date for Defendant's response to Plaintiff's Motion to Compel shall be extended to May 30, 2019.

DATED this __28__ day of May, 2019.

_____
The Honorable Marsha J. Pechman

Presented by:

KARR TUTTLE CAMPBELL

s/ Medora A. Marisseau
Medora Marisseau, WSBA No. 23114
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: mmarisseau@karrtuttle.com

/s Donald H. Snook
Donald H. Snook, Pro Hac Vice
FedEx Freight, Inc.
1715 Aaron Brenner Drive, Ste 600
Memphis, TN 38120
Telephone: 901-434-8305
Facsimile: 901-468-1765
Email: donald.snook@fedex.com
Attorneys for Defendant FedEx Freight, Inc.

/s/ Ada K. Wong
Ada K. Wong, WSBA #45936
Attorney for Plaintiff
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel: (206) 259-1259
Fax: (855) 925-0529
E-mail: ada@akw-law.com

STIPULATED MOTION AND ORDER
GRANTING EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING- 3
#1249208 v1 / 43010-011

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# CERTIFICATE OF SERVICE

I, Natalie M. Tapias, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98104. On this day, I caused the foregoing Unopposed Motion and Order Granting Extension of Time to File Responsive Pleading to be served on the parties listed below in the manner indicated.

| | |
|---|---|
| Ada K. Wong<br>Jordan T. Wada<br>AKW Law, P.C.<br>6100 219th St. SW, Suite 480<br>Mountlake Terrace, WA 98043<br>ada@akw-law.com<br>jordan@akw-law.com<br>paralegal@akw-law.com<br>*Attorney for Plaintiff* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ Via ECF/E Service |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

SIGNED this 28th day of May, 2019 at Seattle, Washington.

_____
Natalie Tapias

STIPULATED MOTION AND ORDER
GRANTING EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING- 4
#1249208 v1 / 43010-011

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100