UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE, | CASE NO. C18-1164 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FEDEX FREIGHT INC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Plaintiff has filed his "Third Motion to Compel Discovery Responses and for Attorney's Fees." Dkt. No. 43. Although the accompanying Declaration of Ada K. Wong indicates that Plaintiff's counsel met and conferred with Defendants' counsel following an initial failure to respond to the Third Set of Discovery Requests (*see* Dkt. No. 44, Declaration of Wong, ¶ 3), there is no indication that, following the due date for responses to the Third Set of Discovery

Requests and an alleged failure to respond, there was a meet and confer "in an effort to resolve the dispute without court action." LCR 37(a)(1).

The motion is hereby STRICKEN. The parties are ordered to meet and confer in conformity with LCR 37(a)(1). Should that meet and confer prove unsuccessful in resolving the dispute, the parties are ordered to file a motion to compel in the unified format specified in LCR 37(a)(2).

The clerk is ordered to provide copies of this order to all counsel.

Filed May 31, 2019.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk