THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE,<br><br>                Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., a Washington State entity; "DOE(S) 1-100", employees of FEDEX FREIGHT, INC.; and CORPORATION(S) XYZ 1-100,<br><br>                Defendants. | Case No. 2:18-cv-01164 MJP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

BEFORE this Court is Plaintiff David Goldstine's Motion for Partial Summary Judgment:

The Court having considered the following:

1. Plaintiff's Motion for Partial Summary Judgment;

2. Declaration of Ada K. Wong and the exhibits attached thereto;

3. Declaration of David Goldstine and the exhibits attached thereto;

4. Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment, if any;

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 1**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

5. Plaintiff's Reply Re: Plaintiff's Motion for Partial Summary Judgment, if any;

The Court has considered the briefs of the parties, and has reviewed the pleadings and records on file.

NOW THEREFORE, IT IS HEREBY ORDERED that

1. Plaintiff's Motion for Partial Summary Judgment is hereby GRANTED in its entirety;

2. There exist no genuine issues of fact that are material to Defendant FedEx Freight Inc.'s affirmative defenses as identified in Plaintiff's Motion for Partial Summary Judgment:

   a. Defendant FedEx Freight, Inc.'s first affirmative defense stating that "Plaintiff's claims are barred, in whole or in part, for failure to state a claim upon which relief may be granted" is stricken;

   b. Defendant FedEx Freight, Inc.'s second affirmative defense stating that "Plaintiff's allegations are barred, in whole or in part, by the applicable statute of limitations and/or contractual limitations period" is stricken;

   c. Defendant FedEx Freight, Inc.'s third affirmative defense stating that "Some or all of Plaintiff's claims are barred because Plaintiff failed to exhaust administrative remedies" is stricken;

   d. Defendant FedEx Freight, Inc.'s fourth affirmative defense stating that "Some or all of Plaintiff's claims are barred because they are outside the scope of Plaintiff's administrative charge" is stricken;

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 2
Case No. 2:18-cv-01164-MJP

AKW LAW, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

e.  Defendant FedEx Freight, Inc.'s fifth affirmative defense stating that "The Court lacks jurisdiction over any of Plaintiff's claims outside the scope of his administrative charge" is stricken;

f.  Defendant FedEx Freight, Inc.'s sixth affirmative defense stating that "Some or all of Plaintiff's claims are barred because of the insufficient and/or untimely filing and/or processing of his charge of discrimination with the Washington State Human Rights Commission" is stricken;

g.  Defendant FedEx Freight, Inc.'s seventh affirmative defense stating that "Defendant has adopted anti-discrimination and anti-retaliation policies; has made good faith efforts to educate its employees about these policies and statutory prohibitions; has made good faith efforts to enforce these policies; and has made good faith efforts to investigate and remedy any complaints Plaintiff has raised" is stricken;

h.  Defendant FedEx Freight, Inc.'s eighth affirmative defense stating that "Defendant did not act with malice or reckless indifference to Plaintiff's protected rights" is stricken;

i.  Defendant FedEx Freight, Inc.'s ninth affirmative defense stating that "Plaintiff is not entitled to punitive damages" is stricken;

j.  Defendant FedEx Freight, Inc.'s tenth affirmative defense stating "Without admitting any of the allegations contained in the Complaint, FedEx avers that to the extent the Complaint seeks punitive damages, it violates FedEx's right to procedural due process under the Fourteenth Amendment of the United States Constitution and/or under the Constitution of the State of Washington;

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 3
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

it violates FedEx's right to protection from 'excessive fines' as provided in the Eighth Amendment to the United States Constitution and/or pertinent provisions of the Constitution of the State of Washington; and it violates FedEx's right to substantive due process as provided in the Fifth and Fourteenth Amendments to the United States Constitution and/or the Constitution of the State of Washington; and therefore, fails to state a cause of action supporting punitive damages" is stricken;

k. Defendant FedEx Freight, Inc.'s eleventh affirmative defense stating that "Plaintiff has failed to mitigate his damages" is stricken;

l. Defendant FedEx Freight, Inc.'s twelfth affirmative defense stating that "Plaintiff has failed to participate in the interactive process" is stricken;

m. Defendant FedEx Freight, Inc.'s thirteenth affirmative defense stating that "FedEx Freight reserves the right to assert additional or other defenses as discovery progresses" is stricken;

3. _____.

**IT IS SO ORDERED.**

**DATED** this \_\_\_\_\_day of _____, 2019.

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 4**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1 | *Presented by:*

2 | **AKW LAW, P.C.**

3

4 | */s/ Ada K. Wong*
Ada K. Wong, WSBA #45936
Attorney for Plaintiff David Goldstine
5 | 6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
6 | Tel.: (206) 259-1259
Fax: (855) 925-9529
7 | E-mail: ada@akw-law.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 5
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Medora A. Marisseau
>Karr Tuttle Campbell
>701 Fifth Avenue, Ste. 3300
>Seattle, WA 98104
>MMarisseau@karrtuttle.com
>Kmejia@karrtuttle.com

>Donald H. Snook, TN Bar #21775
>FedEx Freight, Inc.
>1715 Aaron Brenner Drive, Suite 600
>Memphis, TN 38120
>E-mail: Donald.snook@fedex.com

*Counsel for Defendant FedEx Freight, Inc.*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 8th day of August, 2019.

>*/s/ Kaila A. Eckert*
>Kaila A. Eckert, Paralegal

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 6
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529