THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., a Washington State entity; "DOE(S) 1-100", employees of FEDEX FREIGHT, INC.; and CORPORATION(S) XYZ 1-100,<br><br>    Defendants. | Case No. 2:18-cv-01164 MJP<br><br>**DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Ada K. Wong, declare,

1. I am one of the attorneys of record for Plaintiff David Goldstine in this matter and make the following statements based on my personal knowledge.

2. On March 20, 2019, Plaintiff served a request for production of documents seeking the basis for defendant FedEx Freight Inc.'s (hereinafter "FedEx") affirmative defenses, specifically nos. 3 (exhaust administrative remedies), 4 (administrative charge), 6 (insufficient or untimely filing with WA HRC), 7 (anti-discrimination policies), 8 (malice), 11 (mitigate damages), and 12 (interactive process). In each, Plaintiff specified the contention asserted by Defendant and asked Defendant to "[p]lease produce any and all documents that

DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 1
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1  in any way refer to, relate to, support, or contradict the allegation" to the specific affirmative

2  defense.  Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's March 20, 2019

3  request for production of documents.

4        3.      On April 26, 2019, Defendant served "responses" to Plaintiff's March 20, 2019

5  requests for production of documents.  Attached hereto as **Exhibit B** is a true and correct copy

6  of Defendant's April 26, 2019 responses to Plaintiff's March 20, 2019 request for production

7  of documents.

8        4.      On May 24, 2019, Defendant served its "responses" to Plaintiff's second set of

9  requests for admission.  Attached hereto as **Exhibit C** is a true and correct copy of Defendant's

10  May 24, 2019 responses to Plaintiff's second set of requests for admission.

11        5.      On January 23, 2019, Plaintiff served his initial Rule 30(b)(6) Notice of

12  Deposition seeking testimony on "[a]ll facts related to Defendant's affirmative defenses" and

13  specifically listed all 13 affirmative defenses.  Attached hereto as **Exhibit D** is a true and

14  correct copy of Plaintiff's January 23, 2019 Rule 30(b)(6) Notice of Deposition.

15        6.      After numerous scheduling conflicts and serial postponements, FedEx

16  presented six 30(b)(6) designees, none of which were designated for the 13 affirmative

17  defenses besides a slight reference to affirmative defense no. 12 (interactive process), to which

18  defense counsel objected to for the specific topic.

19        7.      On March 8, 2019, defense counsel Donald Snook e-mailed me the names of

20  the witnesses FedEx was designating for the Rule 30(b)(6) deposition, specifically stating that

21  Paragraph 45 (requesting facts related to all of Defendant's affirmative defense) "contains

22  subjects that are legal conclusions and would invade the attorney client privilege as they are

23  legal defenses presented by FedEx Legal counsel.  For those that involve "facts" as opposed

**DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 2**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1  to legal arguments, Mr. App[e]sland will answer them." Attached hereto as **Exhibit E** is a true

2  and correct copy of the e-mail from Mr. Snook dated March 8, 2019.

3      8.    On April 16, 2019, I took the deposition of Mr. Appesland as the designated

4  Rule 30(b)(6) witness. I showed him a copy of the Notice, which he notated, indicating what

5  he may testify regarding in his corporate representative capacity by circling said topics and

6  crossing out what he is unable to testify regarding. He crossed out topic no. 45 in its entirety.

7  Attached hereto as **Exhibit F** is a true and correct copy of Exhibit 24 to the Rule 30(b)(6)

8  deposition of Mr. Appesland.

9      I declare under penalty of perjury under the laws of the State of Washington that the

10  foregoing is true and correct and is based upon my personal knowledge.

11  **DATED** August 8, 2019, in Mountlake Terrace, WA.

12          */s/ Ada K. Wong*
        Ada K. Wong, WSBA #45936

13

14

15

16

17

18

19

20

21

22

23

**DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 3**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Medora A. Marisseau
Karr Tuttle Campbell
701 Fifth Avenue, Ste. 3300
Seattle, WA 98104
MMarisseau@karrtuttle.com
Kmejia@karrtuttle.com

Donald H. Snook, TN Bar #21775
FedEx Freight, Inc.
1715 Aaron Brenner Drive, Suite 600
Memphis, TN 38120
E-mail: Donald.snook@fedex.com

*Counsel for Defendant FedEx Freight, Inc.*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 8th day of August, 2019.

*/s/ Kaila A. Eckert*
Kaila A. Eckert, Paralegal

---

DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 4
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529