<pre>
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
</pre>

| DAVID GOLDSTINE, | CASE NO. C18-1164 |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| FEDEX FREIGHT, INC. et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Defendants' Motion for Summary Judgment (Dkt. No. 61) is DENIED. The Court makes this abbreviated ruling to ensure that the Parties continue to prepare for trial. A full written order will follow by October 25, 2019.

//

//

//

The clerk is ordered to provide copies of this order to all counsel.

Filed October 8, 2019.

            William M. McCool
            Clerk of Court

            s/Rhonda Miller
            Deputy Clerk