UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE, | CASE NO. C18-1164 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FEDEX FREIGHT, INC. et al., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

In order to provide guidance to the Parties for the preparation of their case for trial, the Court makes the following summary ruling. A written opinion will follow by October 25, 2019.

Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 56) is GRANTED in part and DENIED in part as follows:

The affirmative defenses, numbers one through six, have been withdrawn. These include: Failure to state a claim, Statute of limitations/contractual limitations period, Failure to

exhaust administrative remedies; Outside the scope of administrative charge; Lack of jurisdiction; Insufficient and/or untimely filing of charge with WA State Human Rights Commission.

Plaintiff's Motion is GRANTED as to affirmative defense numbers seven through 10 and number 13. The following affirmative defenses are therefore stricken: Defendant's adoption of anti-discrimination and anti-retaliation policies and good faith efforts; Lack of malice or reckless indifference; No right to punitive damages; Violation of Defendant's right to procedural due process, right to protection from "excessive fines," and substantive due process; Reservation of rights.

Plaintiff's Motion is DENIED as to affirmative defenses numbers 11 and 12: Failure to mitigate and failure to participate in the interactive process.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 8, 2019.

William M. McCool  
Clerk of Court

s/Rhonda Miller  
Deputy Clerk