THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE,<br><br>                Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., a Washington State entity; "DOE(S) 1-100", employees of FEDEX FREIGHT, INC.; and CORPORATION(S) XYZ 1-100,<br><br>                Defendants. | Case No. 2:18-cv-01164 MJP<br><br>**ORDER DISMISSING CERTAIN PARTIES AND CLAIMS AND TO AMEND CAPTION**<br><br>[Clerk's Action Required] |

Pursuant to stipulation of the parties, Defendants "DOE(S) 1-100", employees of FedEx Freight, Inc., and Corporation(s) XYZ 1-100, are hereby dismissed from the above-referenced action. Plaintiff's constructive discharge claim under *Martini v. Boeing* shall also be dismissed. Such dismissal shall be with prejudice and without fees or costs to any party. The Court docket and case caption shall be amended to reflect this dismissal:

| 1 | DAVID GOLDSTINE, |
|---|---|
| 2 | Plaintiff, |
| 3 | v. |
| 4 | FEDEX FREIGHT, INC., |
| 5 | Defendant. |

Dated; November 22, 2019.

_____
Marsha J. Pechman
United States Senior District Judge

*Presented by:*

**AKW LAW, P.C.**

*/s/ Ada K. Wong*
Ada K. Wong, WSBA #45936
Jordan T. Wada, WSBA #54937
Attorneys for Plaintiff
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: jordan@akw-law.com

**KARR TUTTLE CAMPBELL**

| | |
|---|---|
| 1 | |
| | */s/ Medora A. Marisseau*_____ |
| 2 | Medora A. Marisseau, WSBA #23114 |
| | Attorney for Defendant |
| 3 | 701 Fifth Avenue, Suite 3300 |
| | Seattle, WA 98104 |
| 4 | Tel.: (206) 233-1313 |
| | Fax: (206) 682-7100 |
| 5 | E-mail: mmarisseau@karrtuttle.com |
| 6 | |
| | **FEDEX FREIGHT, INC.** |
| 7 | |
| 8 | */s/ Donald H. Snook*_____ |
| | Donald H. Snook, Pro Hac Vice |
| 9 | Attorney for Defendant |
| | 1715 Aaron Brenner Drive, Suite 600 |
| 10 | Memphis, TN 38120 |
| | *Counsel for Defendant* |
| 11 | Telephone: 901-434-8305 |
| | Facsimile: 901-468-1765 |
| 12 | Email: donald.snook@fedex.com |

**ORDER DISMISSING CERTAIN PARTIES AND CLAIMS AND TO AMEND CAPTION - 3**
Case No. 2:18-cv-01164-MJP

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Medora A. Marisseau
>Karr Tuttle Campbell
>701 Fifth Avenue, Ste. 3300
>Seattle, WA 98104
>E-mail: MMarisseau@karrtuttle.com
>E-mail: jlikit@karrtuttle.com
>
>Donald H. Snook, TN Bar #21775
>FedEx Freight, Inc.
>1715 Aaron Brenner Drive, Suite 600
>Memphis, TN 38120
>E-mail: Donald.snook@fedex.com
>
>*Counsel for Defendant FedEx Freight, Inc.*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 21st day of November, 2019, at Mountlake Terrace, Washington.

>*/s/ Kaila A. Eckert*
>Kaila A. Eckert, Paralegal