UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE,<br><br>                Plaintiff,<br><br>    v.<br><br>FEDEX FREIGHT INC,<br><br>                Defendant. | CASE NO. C18-1164 MJP<br><br>ORDER ON MOTIONS IN LIMINE |

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motions in Limine (Dkt. No. 83), and Defendant's response (Dkt. No. 93);

2. Defendant's Motions in Limine (Dkt. No. 81), and Plaintiff's response (Dkt. No. 90);

all attached declarations and exhibits; and relevant portions of the record, rules as follows:

**Plaintiff's Motions in Limine**

    Nos. 1 – 5: GRANTED (agreed)

1       <u>No. 6</u>: GRANTED (except for Defendant's witness Applesand) until the witness
2 testifies, unless either side in good faith declares that the witness may be recalled as a rebuttal
3 witness.
4       <u>No. 7</u>: GRANTED (agreed)
5       <u>No. 8</u>: DENIED (may be raised at trial)
6       <u>No. 9</u>: GRANTED
7       <u>No. 10</u>: GRANTED
8       <u>No. 11</u>: GRANTED
9       <u>No. 12</u>: GRANTED (anyone intending to present a character witness must notify the
10 Court in advance)
11       <u>No. 13</u>: DENIED (may be raised at trial)
12       <u>Nos. 14 – 16</u>: GRANTED (agreed)
13       <u>No. 17</u>: withdrawn
14       <u>No. 18</u>: GRANTED
15       <u>No. 19</u>: GRANTED (agreed)
16       <u>No. 20</u>: GRANTED (unless the evidence has been previously disclosed)
17       <u>No. 21</u>: GRANTED
18       <u>No. 22</u>: GRANTED
19       <u>No. 23</u>: GRANTED
20       <u>No. 24</u>; GRANTED
21 **<u>Defendant's Motions in Limine</u>**
22       <u>No. A</u>: DENIED
23       <u>No. B</u>: DENIED
24

No. C: DENIED (may be raised at trial)

No. D: GRANTED (agreed)

No. E: DENIED

No. F: GRANTED (agreed)

No. G: GRANTED (agreed)

No. H: DENIED

The clerk is ordered to provide copies of this order to all counsel.

Dated December 4, 2019.

Marsha J. Pechman
United States Senior District Judge