The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID GOLDSTINE,

                Plaintiff,

v.

FEDEX FREIGHT, INC.

                Defendant.

Case No. 2:18-cv-01164 MJP

**PLAINTIFF'S PETITION FOR ATTORNEY'S FEES PURSUANT TO ORDER DECLARING MISTRIAL AND SANCTIONS**

**NOTE ON MOTION CALENDAR:**
January 3, 2020

Without Oral Argument

    Plaintiff David Goldstine, per the Court's Order Declaring Mistrial and Sanctions entered December 13, 2019 [Dkt. # 133], hereby submits his petition for attorney's fees. This petition is only for attorney's fees arising from the original Motion for Sanctions dated October 31, 2019 [Dkt. #76].

    Plaintiff hereby relies upon and incorporates by reference the Declaration of Ada K. Wong in Support of Plaintiff's Request for Attorney's Fees, and is seeking $6,600.50 in attorney's fees. Plaintiff assumes that Defendant is not going to object to Plaintiff's counsel's hourly rates as defense counsel had previously agreed to $375/hour for attorney Ada Wong

PLAINTIFF'S PETITION FOR ATTORNEY'S FEES PURSUANT TO
ORDER DECLARING MISTRIAL AND SANCTIONS - 1
Case No. 2:18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

when she filed her previous Motions to Compel Discovery in this matter, and to which Defendant remitted. Plaintiff filed his first Motion to Compel Discovery in December 2018, over one year ago, and attorney Wong has not increased her hourly rate that she is seeking despite an additional year of practice and experience handling mainly employment litigation matters.

  A proposed order granting the relief requested is attached.

**DATED** December 18, 2019.

         **AKW LAW, P.C.**

         */s/ Ada K. Wong*
         Ada K. Wong, WSBA #45936
         Jordan T. Wada, WSBA #54937
         Attorneys for Plaintiff
         6100 219th St. SW, Suite 480
         Mountlake Terrace, WA 98043
         Tel.: (206) 259-1259
         Fax: (855) 925-9529
         E-mail: ada@akw-law.com
         E-mail: jordan@akw-law.com

**PLAINTIFF'S PETITION FOR ATTORNEY'S FEES PURSUANT TO ORDER DECLARING MISTRIAL AND SANCTIONS - 2**
Case No. 2:18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| |
|---|
| Medora A. Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Ste. 3300<br>Seattle, WA 98104<br>E-mail: MMarisseau@karrtuttle.com<br>E-mail: jlikit@karrtuttle.com<br><br>Donald H. Snook, TN Bar #21775<br>Sandra C. Isom, CA Bar #157374<br>FedEx Freight, Inc.<br>1715 Aaron Brenner Drive, Suite 600<br>Memphis, TN 38120<br>E-mail: Donald.snook@fedex.com<br>E-mail: Scisom@fedex.com<br>*Counsel for Defendant FedEx Freight, Inc.* |
| Beth Bloom, WSBA #31702<br>Attorney for Plaintiff<br>3827C South Edmunds Street<br>Seattle, WA 98118<br>Tel.: (206) 323-0409<br>E-mail: bbloom@bloomlawpllc.com<br>*Co-counsel for Plaintiff David Goldstine* |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: December 19, 2019.

                                         */s/ Kaila A. Eckert*_____
                                         Kaila A. Eckert, Paralegal

**PLAINTIFF'S PETITION FOR ATTORNEY'S FEES PURSUANT TO ORDER DECLARING MISTRIAL AND SANCTIONS - 3**
Case No. 2:18-cv-01164 MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529