# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE,<br><br>                    Plaintiff,<br><br>     v.<br><br>FEDEX FREIGHT INC,<br><br>                    Defendant. | CASE NO. C18-1164 MJP<br><br>ORDER ON MOTION FOR RELIEF FROM SETTLEMENT CONFERENCE |

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion for Relief from Settlement Conference (Dkt. No. 145),

2. Defendant's Response to Plaintiff's Motion for Relief from Settlement Conference (Dkt. No. 155),

3. Plaintiff's Reply re: Plaintiff's Motion for Relief from Settlement Conference (Dkt. No. 164),

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

1       IT IS ORDERED that the motion is PARTIALLY DENIED and PARTIALLY

2 GRANTED.

3       The parties will participate in a settlement conference prior to trial, at a date and time of their choosing. Defendant is directed to have a representative with "check-writing authority" present at the conference. In view of the fact that he was the focus of the Court's order for sanctions, Defendant's attorney Mr. Snook is ordered not to attend the settlement conference; Defendant shall designate another legal representative in his place.

      The parties are further advised that there will be no ruling on the pending Motion for Sanctions Due to Mistrial (Dkt. No. 144) until the conclusion of the settlement process.

      The clerk is ordered to provide copies of this order to all counsel.

Dated January 31, 2020.

_[signature]_

Marsha J. Pechman
United States Senior District Judge