THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE,<br><br>                        Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., a Washington State entity; "DOE(S) 1-100", employees of FEDEX FREIGHT, INC.; and CORPORATION(S) XYZ 1-100,<br><br>                        Defendants. | Case No. 2:18-cv-01164 MJP<br><br>*AMENDED* STIPULATED MOTION & PROPOSED SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR:<br>**February 11, 2020** |

The parties, by and through their respective counsel of record, hereby submit this amended Stipulated Motion & Scheduling Order signed by the Court on January 3, 2020 (Dkt 152). The parties have been communicating in good faith regarding the exchange of benefits-related documents and scheduling a settlement conference as ordered by the court. The parties are seeking to modify the remaining deadlines to reflect short continuances to allow the parties to fully comply with the Court's order.

| | Original Dates | Amended Dates (in red) |
|---|---|---|
| Completion of 30(b)(6) deposition regarding benefits at Defendant's expense. | February 14, 2020 | March 2, 2020 |
| Plaintiff's expert to issue final revised report (if any). | February 28, 2020 | March 16, 2020 |

*AMENDED* STIPULATED MOTION & PROPOSED SCHEDULING ORDER - 1
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

| | | |
|---|---|---|
| Defendant's rebuttal expert (if any) to issue preliminary expert report. | February 28, 2020 | March 16, 2020 |
| Deadline to supplement Plaintiff's evidence with information regarding his medical treatment. | February 28, 2020 | February 28, 2020 |
| Completion of deposition of Plaintiff's expert at Defendant's expense | March 13, 2020 | March 25, 2020 |
| Defendant's rebuttal expert (if any) to issue final expert report. | March 13, 2020 | March 25, 2020 |
| Completion of deposition of Defendant's rebuttal expert (if any). | March 27, 2020 | April 10, 2020 |
| Deadline to complete deposition of Plaintiff regarding his medical treatment. | April 1, 2020 | April 1, 2020 |
| JURY TRIAL DATE (six days) | April 27, 2020 at 9:00 AM in Courtroom 14206 | April 27, 2020 at 9:00 AM in Courtroom 14206 |

STIPULATED & AGREED this ___ day of February, 2020.

**AKW LAW, P.C.**


*/s/ Ada K. Wong*_____
Ada K. Wong, WSBA #45936
Jordan T. Wada, WSBA #54937
Attorneys for Plaintiff
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: jordan@akw-law.com


**BLOOM LAW PLLC**


*/s/ Beth Bloom*_____
Beth Bloom, WSBA # 31702
Attorney for Plaintiff
3827C S Edmunds St

*AMENDED* STIPULATED MOTION & PROPOSED SCHEDULING ORDER - 2
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

| | |
|---|---|
| 1 | Seattle, WA 98118-1729 |
| | Telephone: (206) 323-0409 |
| 2 | Email: bbloom@bloomlawpllc.com |
| 3 | |
| | **KARR TUTTLE CAMPBELL** |
| 4 | |
| 5 | |
| | */s/ Medora A. Marisseau*_____ |
| 6 | Medora A. Marisseau, WSBA #23114 |
| | Brett Elliott, WSBA #51157 |
| 7 | Attorney for Defendant |
| | 701 Fifth Avenue, Suite 3300 |
| 8 | Seattle, WA 98104 |
| | Tel.: (206) 233-1313 |
| 9 | Fax: (206) 682-7100 |
| | E-mail: mmarisseau@karrtuttle.com |
| 10 | E-mail: belliott@karrtuttle.com |
| 11 | |
| | **FEDEX FREIGHT, INC.** |
| 12 | |
| 13 | */s/ Sandra C. Isom*_____ |
| | Donald H. Snook, Pro Hac Vice |
| 14 | Sandra C. Isom, Pro Hac Vice |
| | Attorneys for Defendant |
| 15 | 1715 Aaron Brenner Drive, Suite 600 |
| | Memphis, TN 38120 |
| 16 | Telephone: 901-434-8305 |
| | Facsimile: 901-468-1765 |
| 17 | Email: donald.snook@fedex.com |
| | Email: scisom@fedex.com |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |

*AMENDED* STIPULATED MOTION & PROPOSED SCHEDULING ORDER - 3
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**ORDER**

IT IS SO ORDERED this 18th day of February, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented By:

**AKW LAW, P.C.**

*/s/ Ada K. Wong*
Ada K. Wong, WSBA #45936
Jordan T. Wada, WSBA #54937
Attorneys for Plaintiff
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: jordan@akw-law.com

**BLOOM LAW PLLC**

*/s/ Beth Bloom*
Beth Bloom, WSBA # 31702
Attorney for Plaintiff
3827C S Edmunds St
Seattle, WA 98118-1729
Telephone: (206) 323-0409
Email: bbloom@bloomlawpllc.com

*AMENDED* STIPULATED MOTION & PROPOSED SCHEDULING ORDER - 4
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**KARR TUTTLE CAMPBELL**

*/s/ Medora A. Marisseau*_____
Medora A. Marisseau, WSBA #23114
Brett Elliott, WSBA #51157
Attorney for Defendant
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel.: (206) 233-1313
Fax: (206) 682-7100
E-mail: mmarisseau@karrtuttle.com
E-mail: belliott@karrtuttle.com


**FEDEX FREIGHT, INC.**

*/s/ Sandra C. Isom*_____
Donald H. Snook, Pro Hac Vice
Sandra C. Isom, Pro Hac Vice
Attorneys for Defendant
1715 Aaron Brenner Drive, Suite 600
Memphis, TN 38120
Telephone: 901-434-8305
Facsimile: 901-468-1765
Email: donald.snook@fedex.com
Email: scisom@fedex.com

*AMENDED* STIPULATED MOTION & PROPOSED SCHEDULING ORDER - 5
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Medora Marisseau
> Brett A. Elliot
> Karr Tuttle Campbell
> 701 Fifth Avenue, Ste. 3300
> Seattle, WA 98104
> E-mail: MMarisseau@karrtuttle.com
> E-mail: belliott@karrtuttle.com
> E-mail: jlikit@karrtuttle.com
>
> Donald H. Snook, TN Bar #21775
> Sandra C. Isom, CA Bar #157374
> FedEx Freight, Inc.
> 1715 Aaron Brenner Drive, Suite 600
> Memphis, TN 38120
> E-mail: Donald.snook@fedex.com
> E-mail: Scisom@fedex.com
> *Counsel for Defendant FedEx Freight, Inc.*
>
> Beth Bloom, WSBA #31702
> Attorney for Plaintiff
> 3827C South Edmunds Street
> Seattle, WA 98118
> Tel.: (206) 323-0409
> E-mail: bbloom@bloomlawpllc.com
> *Co-counsel for Plaintiff David Goldstine*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated February 18, 2020, at Mountlake Terrace, Washington.

                               */s/ Kaila A. Eckert*
                               Kaila A. Eckert, Paralegal

*AMENDED* **STIPULATED MOTION & PROPOSED SCHEDULING ORDER** - 6
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529