The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID GOLDSTINE,

          Plaintiff,

v.

FEDEX FREIGHT, INC.,

          Defendants.

Case No. 2:18-cv-01164 MJP

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL DOCUMENTS PURSUANT TO LCR 5(g), OR IN THE ALTERNATIVE, FILE REDACTED COPIES PURSUANT TO LCR 5.2

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion to Seal Documents Pursuant To LCR 5(g), or in the Alternative, File Redacted Copies Pursuant To LCR 5.2 (Dkt. # ___),

2. Defendant's Opposition to Plaintiff's Motion to Seal Documents Pursuant to LCR 5(g), or in the Alternative, File Redacted Copies Pursuant To LCR 5.2 (Dkt. #. ___), if any,

3. Plaintiff's Reply re: Motion to Seal Documents Pursuant to LCR 5(g), or in the Alternative, File Redacted Copies Pursuant To LCR 5.2 (Dkt. # ___), if any, and

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL DOCUMENTS PURSUANT TO LCR 5(g), OR IN THE ALTERNATIVE, FILE REDACTED COPIES PURSUANT TO LCR 5.2
Case No. 2:18-cv-01164 MJP

AKW LAW, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1      4.     all attached declarations and exhibits to the above, and the relevant portions of the record,

Plaintiff David Goldstine's Motion To Seal Documents Pursuant To LCR 5(g), Or In The Alternative, File Redacted Copies Pursuant To LCR 5.2 is **GRANTED**, and

1. **Exhibit A** attached to Declaration of Ada K. Wong In Support of Plaintiff's Motion To Seal Documents Pursuant To LCR 5(g), Or In The Alternative, File Redacted Copies Pursuant To LCR 5.2 is SEALED and will remain under seal until further order of the court;

2. **Exhibit B** attached to Declaration of Ada K. Wong In Support of Plaintiff's Motion To Seal Documents Pursuant To LCR 5(g), Or In The Alternative, File Redacted Copies Pursuant To LCR 5.2 is SEALED and will remain under seal until further order of the court;

3. **Exhibit C** attached to Declaration of Ada K. Wong In Support of Plaintiff's Motion To Seal Documents Pursuant To LCR 5(g), Or In The Alternative, File Redacted Copies Pursuant To LCR 5.2 is SEALED and will remain under seal until further order of the court;

4. **Exhibit D** attached to Declaration of Ada K. Wong In Support of Plaintiff's Motion To Seal Documents Pursuant To LCR 5(g), Or In The Alternative, File Redacted Copies Pursuant To LCR 5.2 is SEALED and will remain under seal until further order of the court;

**IT IS SO ORDERED.**

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL DOCUMENTS PURSUANT TO LCR 5(g), OR IN THE ALTERNATIVE, FILE REDACTED COPIES PURSUANT TO LCR 5.2
Case No. 2:18-cv-01164 MJP

AKW LAW, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

DATED this 13th day of March, 2020.

_____
HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

**AKW LAW, P.C.**

/s/ Ada K. Wong
Ada K. Wong, WSBA #45936
Attorney for Plaintiff
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL DOCUMENTS PURSUANT TO LCR 5(g), OR IN THE ALTERNATIVE, FILE REDACTED COPIES PURSUANT TO LCR 5.2
Case No. 2:18-cv-01164 MJP

AKW LAW, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2020, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| |
|---|
| Medora A. Marisseau<br>Brett A. Elliott<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Ste. 3300<br>Seattle, WA 98104<br>E-mail: MMarisseau@karrtuttle.com<br>E-mail: Belliott@karrtuttle.com<br>E-mail: jlikit@karrtuttle.com<br><br>Donald H. Snook, TN Bar #21775<br>Sandra C. Isom, CA Bar #157374<br>FedEx Freight, Inc.<br>1715 Aaron Brenner Drive, Suite 600<br>Memphis, TN 38120<br>E-mail: Donald.snook@fedex.com<br>E-mail: Scisom@fedex.com<br>*Counsel for Defendant FedEx Freight, Inc.* |
| Beth Bloom, WSBA #31702<br>Attorney for Plaintiff<br>3827C South Edmunds Street<br>Seattle, WA 98118<br>Tel.: (206) 323-0409<br>E-mail: bbloom@bloomlawpllc.com<br>*Co-counsel for Plaintiff David Goldstine* |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: March 12, 2020, at Mountlake Terrace, Washington.

/s/ *Kaila A. Eckert*
Kaila A. Eckert

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL DOCUMENTS PURSUANT TO LCR 5(g), OR IN THE ALTERNATIVE, FILE REDACTED COPIES PURSUANT TO LCR 5.2
Case No. 2:18-cv-01164 MJP

AKW LAW, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529