1        THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID GOLDSTINE,

            Plaintiff,

v.

FEDEX FREIGHT, INC., a Washington State entity; "DOE(S) 1-100", employees of FEDEX FREIGHT, INC.; and CORPORATION(S) XYZ 1-100,

            Defendants.

Case No. 2:18-cv-01164 MJP

*SECOND AMENDED* **STIPULATED MOTION & PROPOSED SCHEDULING ORDER**

**NOTE ON MOTION CALENDAR:
March 27, 2020**

The parties, by and through their respective counsel of record, hereby submit this second amended Stipulated Motion & Scheduling Order signed by the Court on February 18, 2020 (Dkt # 169). On March 17, 2020, the Court held a conference will counsel regarding a trial continuance due to the COVID-19 outbreak. Pursuant to General Order 02-20, all trials set through May 2020 have been continued. The parties have conferred and submit the below proposed pretrial schedule per the Court's March 17, 2020 order.

|  | Original Dates | Amended Dates |
|---|---|---|
| Completion of deposition of Plaintiff's expert at Defendant's expense | March 25, 2020 | June 30, 2020 |
| Defendant's rebuttal expert (if any) to issue final expert report. | March 25, 2020 | May 29, 2020 |

| | | |
|---|---|---|
| Completion of deposition of Defendant's rebuttal expert (if any). | April 10, 2020 | July 17, 2020 |
| Deadline to complete deposition of Plaintiff regarding his medical treatment. | April 1, 2020 | July 31, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR 7(d)) | | August 13, 2020 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | | October 2, 2020 |
| Parties to exchange revisions/supplementations to proposed pretrial order | | September 7, 2020 |
| Agreed pretrial order due | | October 5, 2020 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | | October 21, 2020 |
| Pretrial conference | | October 22, 2020 at 2:30 PM |
| JURY TRIAL DATE (five days) | April 27, 2020 at 9:00 AM in Courtroom 14206 | November 2, 2020 at 9:00 AM in Courtroom 14206 |

STIPULATED & AGREED this 27th day of March, 2020.

**AKW LAW, P.C.**

*/s/ Ada K. Wong*
Ada K. Wong, WSBA #45936
Jordan T. Wada, WSBA #54937
Attorneys for Plaintiff
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: jordan@akw-law.com

| | |
|---|---|
| 1 | **BLOOM LAW PLLC** |
| 2 | |
| | */s/ Beth Bloom* |
| 3 | Beth Bloom, WSBA # 31702 |
| | Attorney for Plaintiff |
| 4 | 3827C S Edmunds St |
| | Seattle, WA 98118-1729 |
| 5 | Telephone: (206) 323-0409 |
| | Email: bbloom@bloomlawpllc.com |
| 6 | |
| | **KARR TUTTLE CAMPBELL** |
| 7 | |
| 8 | |
| | */s/ Medora A. Marisseau* |
| 9 | Medora A. Marisseau, WSBA #23114 |
| | Brett Elliott, WSBA #51157 |
| 10 | Attorney for Defendant |
| | 701 Fifth Avenue, Suite 3300 |
| 11 | Seattle, WA 98104 |
| | Tel.: (206) 233-1313 |
| 12 | Fax: (206) 682-7100 |
| | E-mail: mmarisseau@karrtuttle.com |
| 13 | E-mail: belliott@karrtuttle.com |
| 14 | |
| | **FEDEX FREIGHT, INC.** |
| 15 | |
| 16 | */s/ Sandra C. Isom* |
| | Donald H. Snook, Pro Hac Vice |
| 17 | Sandra C. Isom, Pro Hac Vice |
| | Attorneys for Defendant |
| 18 | 1715 Aaron Brenner Drive, Suite 600 |
| | Memphis, TN 38120 |
| 19 | Telephone: 901-434-8305 |
| | Facsimile: 901-468-1765 |
| 20 | Email: donald.snook@fedex.com |
| | Email: scisom@fedex.com |
| 21 | |
| 22 | |
| 23 | |

**ORDER**

IT IS SO ORDERED this __31st___ day of March, 2020.

_____
Marsha J. Pechman
United States Senior District Judge

Presented By:

**AKW LAW, P.C.**

*/s/ Ada K. Wong*_____
Ada K. Wong, WSBA #45936
Jordan T. Wada, WSBA #54937
Attorneys for Plaintiff
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: jordan@akw-law.com

**BLOOM LAW PLLC**

*/s/ Beth Bloom*_____
Beth Bloom, WSBA # 31702
Attorney for Plaintiff
3827C S Edmunds St
Seattle, WA 98118-1729
Telephone: (206) 323-0409
Email: bbloom@bloomlawpllc.com

**KARR TUTTLE CAMPBELL**

| | |
|---|---|
| 1 | */s/ Medora A. Marisseau*_____ |
|   | Medora A. Marisseau, WSBA #23114 |
| 2 | Brett Elliott, WSBA #51157 |
|   | Attorney for Defendant |
| 3 | 701 Fifth Avenue, Suite 3300 |
|   | Seattle, WA 98104 |
| 4 | Tel.: (206) 233-1313 |
|   | Fax: (206) 682-7100 |
| 5 | E-mail: mmarisseau@karrtuttle.com |
|   | E-mail: belliott@karrtuttle.com |
| 6 | |
| 7 | **FEDEX FREIGHT, INC.** |
| 8 | |
|   | */s/ Sandra C. Isom*_____ |
| 9 | Donald H. Snook, Pro Hac Vice |
|   | Sandra C. Isom, Pro Hac Vice |
| 10 | Attorneys for Defendant |
|   | 1715 Aaron Brenner Drive, Suite 600 |
| 11 | Memphis, TN 38120 |
|   | Telephone: 901-434-8305 |
| 12 | Facsimile: 901-468-1765 |
|   | Email: donald.snook@fedex.com |
| 13 | Email: scisom@fedex.com |

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Medora Marisseau
> Brett A. Elliot
> Karr Tuttle Campbell
> 701 Fifth Avenue, Ste. 3300
> Seattle, WA 98104
> E-mail: MMarisseau@karrtuttle.com
> E-mail: belliott@karrtuttle.com
> E-mail: jlikit@karrtuttle.com
>
> Donald H. Snook, TN Bar #21775
> Sandra C. Isom, CA Bar #157374
> FedEx Freight, Inc.
> 1715 Aaron Brenner Drive, Suite 600
> Memphis, TN 38120
> E-mail: Donald.snook@fedex.com
> E-mail: Scisom@fedex.com
> *Counsel for Defendant FedEx Freight, Inc.*
>
> Beth Bloom, WSBA #31702
> Attorney for Plaintiff
> 3827C South Edmunds Street
> Seattle, WA 98118
> Tel.: (206) 323-0409
> E-mail: bbloom@bloomlawpllc.com
> *Co-counsel for Plaintiff David Goldstine*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated March 31, 2020, at Mountlake Terrace, Washington.

                         */s/ Kaila A. Eckert*
                         Kaila A. Eckert, Paralegal