# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| DAVID GOLDSTINE, | CASE NO. C18-1164 MJP |
|---|---|
| Plaintiff, | ORDER RE: MOTION TO QUASH SUBPOENAS |
| v. | |
| FEDEX FREIGHT INC, | |
| Defendant. | |

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion to Quash or Modify Subpoenas (Dkt. No. 170),

2. Defendant's Opposition to Plaintiff's Motion to Quash or Modify Subpoenas (Dkt. No. 175),

3. Plaintiff's Reply in Support of Motion to Quash or Modify Subpoenas (Dkt. No. 178),

4. Defendant's Surreply in Support of its Opposition to Plaintiff's Motion to Quash or Modify Subpoenas (Dkt. No. 181),

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is DENIED.

Defendant will be permitted to discover Plaintiff's medical records related to his medical condition/diagnosis and treatment though the Subpoenas to his medical providers, providing that it will allow the subpoena recipients three months to respond, in the interests of not overburdening the healthcare providers at this time. This material will be covered by the Protective Order currently in place in this case, and for now will be for the attorneys' eyes only.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 6, 2020.

Marsha J. Pechman
United States Senior District Judge