The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDEX FREIGHT, INC.,<br><br>　　　　Defendant. | CASE NO. 2:18-CV-01164 MJP<br><br>STIPULATED MOTION AND ORDER TO CONTINUE THE DEPOSITION OF CHRISTINA TAPIA, PH.D |

By Order dated March 31, 2020, the Court set the deadline for completion of the deposition of Plaintiff's expert by June 30, 2020. The Deposition of Plaintiff's expert, Christina Tapia, Ph.D commenced on June 30, 2020 at 2:00 p.m. via remote videoconferencing, which took longer than anticipated. The parties agree that a continuance of deposition of Plaintiff's expert is necessary. The parties therefore, hereby jointly move to continue the remote video deposition of Plaintiff's expert, Christina Tapia, Ph.D, from June 30, 2020, at 2:00 p.m., to July 10, 2020, at 10:00 a.m.

STIPULATED & AGREED this 8th day of July, 2020.

*/s/Medora A. Marisseau*
Medora A. Marisseau, WSBA No. 23114
KARR TUTTLE CAMPBELL
701 Fifth Ave., Ste. 3300
Seattle, WA  98104
Phone: (206) 223-1313
Fax: (206) 682-7100
Email: mmarisseau@karrtuttle.com
*Attorney for Defendant Fedex Freight, Inc.*

|   |   |
|---|---|
| 1 | */s/Sandra C. Isom* |
| 2 | Sandra C. Isom, *pro hac vice*<br>FEDEX FREIGHT, INC. |
|   | 1715 Aaron Brenner Drive, Ste 600 |
| 3 | Memphis, TN 38120<br>Telephone: 901-434-8305 |
| 4 | Facsimile: 901-468-1765 |
| 5 | Email: scisom@fedex.com<br>*Attorney for Defendant Fedex Freight, Inc.* |
| 6 |   |
|   | */s/Donald H. Snook* |
| 7 | *Donald H. Snook, Pro Hac Vice* |
| 8 | *FEDEX FREIGHT, INC.*<br>*1715 Aaron Brenner Drive, Ste 600* |
| 9 | *Memphis, TN 38120*<br>*Telephone: 901-434-8305* |
| 10 | *Facsimile: 901-468-1765* |
| 11 | *Email: Donald.snook@fedex.com*<br>*Attorney for Defendant Fedex Freight, Inc.* |
| 12 |   |
| 13 | */s/Ada K. Wong*<br>Ada K. Wong, Esq., WSBA #45936 |
|   | AKW LAW, P.C. |
| 14 | 6100 219th St., SW, Suite 480<br>Mountlake Terrace, WA  98043 |
| 15 | Telephone: (206) 259-1259 |
| 16 | Fax:  (855) 925-9529<br>Email:  ada@akw-law.com |
| 17 | *Attorney for Plaintiff Goldstine* |
| 18 | */s/Beth Bloom* |
|   | Beth Bloom, WSBA # 31702 |
| 19 | BLOOM LAW PLLC<br>3827C S Edmunds St |
| 20 | Seattle, WA 98118-1729 |
| 21 | Telephone: (206) 323-0409<br>Email: bbloom@bloomlawpllc.com |
|   | *Attorney for Plaintiff Goldstine* |

STIPULATED MOTION & ORDER TO CONTINUE THE
DEPOSITION OF CHRISTINA TAPIA, PH.D  -  2
Case No. 2:18-CV-01164 MJP

# ORDER

The Court, having considered the records and files herein and the above stipulation of the parties, hereby ORDERS that the deadline for the completion of the deposition of Plaintiff's expert, which is currently set for June 30, 2020, is continued to July 10, 2020.

IT IS SO ORDERED this _10th__ day _of July___, 2020.

_____
Marsha J. Pechman
United States Senior District Judge

Presented by:

/s/Medora A. Marisseau
Medora A. Marisseau, WSBA No. 23114
KARR TUTTLE CAMPBELL
701 Fifth Ave., Ste. 3300
Seattle, WA  98104
Phone: (206) 223-1313
Fax: (206) 682-7100
Email: mmarisseau@karrtuttle.com
*Attorney for Defendant Fedex Freight, Inc.*

/s/Beth Bloom
Beth Bloom, WSBA # 31702
BLOOM LAW PLLC
3827C S Edmunds St
Seattle, WA 98118-1729
Telephone: (206) 323-0409
Email: bbloom@bloomlawpllc.com
*Attorney for Plaintiff Goldstine*

/s/*Ada K. Wong*
Ada K. Wong, Esq., WSBA #45936
AKW LAW, P.C.
6100 219th St., SW, Suite 480
Mountlake Terrace, WA  98043
Telephone: (206) 259-1259
Fax:  (855) 925-9529
Email:  ada@akw-law.com
*Attorney for Plaintiff Goldstine*

# CERTIFICATE OF SERVICE

I, Jan Likit, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98101. On this day, I caused a true and correct copy of the preceding STIPULATED MOTION& PROPOSED ORDER TO CONTINUE THE DEPOSITION OF CHRISTINA TAPIA, PH.D to be filed with the District Court of the Western District of Washington. I caused the same to be served on the parties listed below in the manner indicated.

Ada K. Wong
Jordan T. Wada
AKW Law, P.C.
6100 219th St., SW, Suite 480
Mountlake Terrace, WA 98043
Telephone: 206.259.1259
Email: ada@akw-law.com; jordan@akw-law.com; paralegal@akw-law.com
*Attorneys for Plaintiff*

☐ Via U.S. Mail
☐ Via Hand Delivery
☐ Via Electronic Mail
☐ Via Overnight Mail
☒ Via ECF/E Service (*if opted in*)

Beth Bloom
Bloom Law PLLC
3827C S Edmunds St
Seattle, WA 98118-1729
Telephone: (206) 323-0409
Email: bbloom@bloomlawpllc.com; pwaters@bloomlawpllc.com
*Attorneys for Plaintiff*

☐ Via U.S. Mail
☐ Via Hand Delivery
☐ Via Electronic Mail
☐ Via Overnight Mail
☒ Via ECF/E Service (*if opted in*)

Donald H. Snook, *Pro Hac Vice*
Sandra C. Isom, *Pro Hac Vice*
FedEx Freight, Inc
1715 Aaron Brenner DR, Suite 600
Memphis, TN 38120
Telephone: 901.434.8305
Email: Donald.snook@fedex.com
scisom@fedex.com
*Attorneys for Defendant FedEx Freight, Inc.*

☐ Via U.S. Mail
☐ Via Hand Delivery
☐ Via Electronic Mail
☐ Via Overnight Mail
☒ CM/ECF via court's website

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Signed this 8th day of July, 2020, at Seattle, Washington.

/s/Jan Likit
Jan Likit
Litigation Legal Assistant