THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID GOLDSTINE,

          Plaintiff,

v.

FEDEX FREIGHT, INC.

          Defendant.

Case No. 2:18-cv-01164 MJP

**STIPULATED MOTION AND ORDER TO CONTINUE THE DEPOSITION OF PLAINTIFF DAVID GOLDSTINE**

**NOTE ON MOTION CALENDAR: July 21, 2020**

By Order dated March 31, 2020, the Court set the deadline for completion of the deposition of Plaintiff regarding his medical treatment by July 31, 2020. The parties agree that a continuance of deposition of Plaintiff is necessary due to scheduling of the parties. The parties therefore, hereby jointly move to continue the video deposition of Plaintiff David Goldstine from July 31, 2020 to August 12, 2020.

STIPULATED & AGREED this 21st day of July, 2020.

*/s/Ada K. Wong*
Ada K. Wong, WSBA #45936
AKW LAW, P.C.
6100 219th St., SW, Suite 480
Mountlake Terrace, WA 98043
Telephone: (206) 259-1259
Fax: (855) 925-9529

**STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE THE DEPOSITION OF PLAINTIFF DAVID GOLDSTINE - 1**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1

Email: ada@akw-law.com
*Attorney for Plaintiff Goldstine*

2

3

*/s/Beth Bloom*
Beth Bloom, WSBA # 31702
BLOOM LAW PLLC
3827C S Edmunds St
Seattle, WA 98118-1729
Telephone: (206) 323-0409
Email: bbloom@bloomlawpllc.com
*Attorney for Plaintiff Goldstine*

4

5

6

7

8

*/s/Medora A. Marisseau*
Medora A. Marisseau, WSBA No. 23114
KARR TUTTLE CAMPBELL
701 Fifth Ave., Ste. 3300
Seattle, WA 98104
Phone: (206) 223-1313
Fax: (206) 682-7100
Email: mmarisseau@karrtuttle.com
*Attorney for Defendant Fedex Freight, Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE THE DEPOSITION OF PLAINTIFF DAVID GOLDSTINE - 2**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**ORDER**

The Court, having considered the records and files herein and the above stipulation of the parties, hereby ORDERS that the deadline for the completion of the deposition of Plaintiff, which is currently set for July 31, 2020, is continued to August 12, 2020.

IT IS SO ORDERED this _22nd__ day ____of July____, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

/s/*Ada K. Wong*
Ada K. Wong, WSBA #45936
AKW LAW, P.C.
6100 219th St., SW, Suite 480
Mountlake Terrace, WA  98043
Telephone: (206) 259-1259
Fax: (855) 925-9529
Email: ada@akw-law.com
*Attorney for Plaintiff Goldstine*


*/s/Beth Bloom*
Beth Bloom, WSBA # 31702
BLOOM LAW PLLC
3827C S Edmunds St
Seattle, WA 98118-1729
Telephone: (206) 323-0409
Email: bbloom@bloomlawpllc.com
*Attorney for Plaintiff Goldstine*

**STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE THE DEPOSITION OF PLAINTIFF DAVID GOLDSTINE - 3**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1  */s/Medora A. Marisseau*
   Medora A. Marisseau, WSBA No. 23114
2  KARR TUTTLE CAMPBELL
   701 Fifth Ave., Ste. 3300
3  Seattle, WA  98104
   Phone: (206) 223-1313
4  Fax: (206) 682-7100
   Email: mmarisseau@karrtuttle.com
5  *Attorney for Defendant Fedex Freight, Inc.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE THE DEPOSITION OF PLAINTIFF DAVID GOLDSTINE - 4**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2020, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Medora Marisseau
> Brett A. Elliot
> Karr Tuttle Campbell
> 701 Fifth Avenue, Ste. 3300
> Seattle, WA 98104
> E-mail: MMarisseau@karrtuttle.com
> E-mail: belliott@karrtuttle.com
> E-mail: jlikit@karrtuttle.com
>
> Donald H. Snook, TN Bar #21775
> Sandra C. Isom, CA Bar #157374
> FedEx Freight, Inc.
> 1715 Aaron Brenner Drive, Suite 600
> Memphis, TN 38120
> E-mail: Donald.snook@fedex.com
> E-mail: Scisom@fedex.com
> *Counsel for Defendant FedEx Freight, Inc.*
>
> Beth Bloom, WSBA #31702
> Attorney for Plaintiff
> 3827C South Edmunds Street
> Seattle, WA 98118
> Tel.: (206) 323-0409
> E-mail:  bbloom@bloomlawpllc.com
> *Co-counsel for Plaintiff David Goldstine*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated July 22, 2020, at Mountlake Terrace, Washington.

*/s/ Kaila A. Eckert*
Kaila A. Eckert, Paralegal

---

**STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE THE DEPOSITION OF PLAINTIFF DAVID GOLDSTINE - 5**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529