UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE, <br><br> Plaintiff, <br><br> v. <br><br> FEDEX FREIGHT INC, <br><br> Defendant. | CASE NO. C18-1164 MJP <br><br> ORDER DENYING MOTION FOR CONTINUANCE |

This matter comes before the Court on the Parties' Unopposed Motion for a Two-Day Continuance During the Remote Trial. (Dkt. No. 262.) The Court DENIES the motion. The Court is unpersuaded that any continuance is necessary to ensure a full and fair trial in this matter. Any issue of juror distraction, should it arise, shall be resolved during the proceedings.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 13, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER DENYING MOTION FOR CONTINUANCE - 1