1

THE HONORABLE MARSHA J. PECHMAN

2

3

4

5

6           UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8   DAVID GOLDSTINE,

9                        Plaintiff,

10  v.                                    Case No. 2:18-cv-01164-MJP

11  FEDEX FREIGHT, INC.,                  ***FOURTH AMENDED* PRETRIAL
                                          ORDER**

12                       Defendant.

13

14      Pursuant to LCR 16(h)-(i), Plaintiff David Goldstine and Defendant FedEx Freight,

15  Inc. (hereinafter "FedEx Freight")[1] jointly submit this Proposed Pre-Trial Order.

16                    **I.    JURISDICTION**

17      Jurisdiction is vested in this Court by virtue of: This Court has subject matter

18  jurisdiction over this case under 28 U.S.C. § 1331, through which district courts have

19  jurisdiction over all civil actions arising under the Constitution, laws, and treaties of the United

20  States.  Plaintiff brings several claims against Defendant under the Americans with Disabilities

21  Act of 1990, § 2 *et seq.*, 42 U.S.C. § 12101 *et seq.* ("ADA").

22

23  _____
[1] By submitting this Pretrial Order, Defendant FedEx Freight does not waive any objections to the remote jury proceeding proposed by the Court.

*FOURTH AMENDED* **PRETRIAL ORDER - 1**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

Additionally, this Court has subject matter jurisdiction over this case under 28 U.S.C. § 1332.   Complete diversity of citizenship exists between the parties: (a) Plaintiff David Goldstine is a citizen of the United States and of the State of Washington; (b) Defendant FedEx Freight is a corporation incorporated under the laws of Arkansas, with its principal place of business in Arkansas.   Defendant FedEx Freight is therefore a citizen of a foreign state. Defendant disputes that Plaintiff is entitled to any damages.   Plaintiff contends the amount in controversy exceeds $75,000.00.

Alternatively, this Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367 because the state law claims are so closely related to the federal law claims as to form the same case or controversy under Article III of the U.S. Constitution. Plaintiff's state law claims brought under the Washington Law Against Discrimination, RCW 49.60 *et seq.* ("WLAD") and his claims brought under the ADA arise from a common nucleus of operative fact.

This Court has personal jurisdiction over Defendant FedEx Freight.   Jurisdiction is established because Defendant conducted business in the state of Washington, both generally and particularly as it regards the acts and omissions at issue here, generating a sufficient nexus between Defendant's forum contacts and Plaintiff's causes of action.

Venue is proper in the United States District Court, Western District of Washington, under 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to Plaintiff's causes of action occurred within the Western District of Washington's geographic scope.

Defendant removed this case from the Superior Court of the State of Washington, County of Snohomish to the Western District of Washington at Seattle.   A substantial part of

*FOURTH AMENDED* **PRETRIAL ORDER** - 2
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

1   the events from which Plaintiff's causes of action arise occurred in Snohomish County,

2   Washington.   As such, under LCR 3(e), Intradistrict Assignment to the Western District of

3   Washington at Seattle is proper.

## II.   CLAIMS AND DEFENSES

5   Plaintiff David Goldstine will pursue at trial the following claims:

6   1.   Disability discrimination in violation of the WLAD;

7   2.   Retaliation in violation of the WLAD;

8   3.   Disability discrimination in violation of the ADA; and

9   4.   Retaliation in violation of the ADA.

10   Defendant FedEx Freight will pursue the following affirmative defenses and/or claims:

11   1.   Mr. Goldstine failed to mitigate his claimed damages.

## III.   ADMITTED FACTS

13   The following facts are admitted by the parties:

14   1.   FedEx Freight employs more than 500 employees.

15   2.   FedEx Freight provides less-than-truckload delivery choices to customers

16   shipping throughout the U.S., Canada, and Mexico. FedEx Freight operates approximately

17   30,000 vehicles from a network of 373 freight service centers and has approximately 44,000

18   employees.

19   3.   David Goldstine began working as a full-time Road Driver for FedEx Freight

20   on February 18, 2015.

21   4.   He typically drove roundtrip between Washington and Oregon on the graveyard

22   shift.

23

*FOURTH AMENDED* PRETRIAL ORDER - 3
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

Error! Unknown document property name.

5.      FedEx Freight is an interstate federal motor carrier regulated by the Federal Motor Carrier Safety Act (FMCSA), 49 C.F.R. §300 et seq.

6.      Commercial truck drivers must be qualified to operate a commercial vehicle in accordance with the physical-qualification standards of the FMCSA.

7.      Defendant FedEx Freight did nothing to cause or exacerbate any medical condition of Mr. Goldstine.

8.      On July 25, 2017, FedEx Freight authorized Mr. Goldstine to return to work.

9.      Mr. Goldstine learned on August 3, 2017 that FedEx Freight had authorized him to return to work.

### III.A.      PLAINTIFF'S ADDITIONAL PROPOSED FACTS[2]

10.      FedEx Freight earned approximately $7.1 billion in annual revenue in 2020. John A. Smith is the President and Chief Executive Officer of FedEx Freight, which is based in Memphis, Tennessee. **ADMISSIBILITY DISPUTED BY FEDEX FREIGHT.**

11.      The company is a subsidiary of the FedEx Corporation, a parent holding company that provides strategic direction to the FedEx portfolio of companies, which also includes FedEx Express, FedEx Ground, and FedEx Services. **ADMISSIBILITY DISPUTED BY FEDEX FREIGHT.**

### IV.      ISSUES OF LAW

Plaintiff asserts the following issues of law to be determined by the Court:

---

[2] Defendant objects to Plaintiff's inclusion of "additional proposed facts" which Plaintiff gleaned from the internet and which were not a topic of discovery; relate to information about Defendant's parent and affiliate companies, apparently in an effort to seek to pierce the corporate veil of Defendant to try to admit into this trial information about a different company involving a different lawsuit; attempt to unfairly prejudice Defendant based on such information; and the topics of which are the subject of a pending motion in limine.

*FOURTH AMENDED* **PRETRIAL ORDER - 4**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

Error! Unknown document property name.

1       **Plaintiff's Issue of Law No. 1**: Does the FMCSA require a driver to be able to lower

2   a disabled trailer door?

3       **Plaintiff's Issue of Law No. 2**: Does the FMCSA require a driver to be able to climb

4   into the back of a semi-trailer unassisted?

5       **Plaintiff's Issue of Law No. 3**: Does the FMCSA require a carrier to disqualify a driver

6   upon disclosure of a pre-existing disability when the disability does not impair the driver's

7   ability to perform his normal duties and when his current medical certificate has not expired?

8       **Plaintiff's Issue of Law Nos. 4 and 5**: Does the FMCSA require a carrier to exercise

9   good faith and/or obtain a professional medical opinion before rejecting a medical certification

10  on the basis that it is "falsified" or "incomplete?"

11      **Plaintiff's Issue of Law No. 6:** Does the FMCSA permit a person who is not a medical

12  examiner and has no personal knowledge of a driver's health conditions to determine that the

13  driver is not medically qualified under FMCSA standards?

14      **Plaintiff's Issue of Law Nos. 7 & 8**.   Whether Defendant discriminated against

15  Plaintiff under the "actual disability" prong of the Americans with Disabilities Act as Amended

16  or the Washington Law Against Discrimination when it refused to allow him to work because

17  of his disclosure of a disability or physical limitation even after he returned a signed DOT

18  medical certification on April 13, 2017.

19      **Plaintiff's Issue of Law Nos. 9 & 10**.   Whether Defendant discriminated against

20  Plaintiff under the "regarded as disabled" prong of the Americans with Disabilities Act as

21  Amended or the Washington Law Against Discrimination when it refused to allow him to work

22  because of his disclosure of a disability or physical limitation even after he returned a signed

23  DOT medical certification on April 13, 2017.

*FOURTH AMENDED* **PRETRIAL ORDER - 5**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

**Plaintiff's Issue of Law Nos. 11 & 12**.  Whether Defendant discriminated against Plaintiff under the "record of disability" prong of the Americans with Disabilities Act as Amended or the Washington Law Against Discrimination when it refused to allow him to work because of his disclosure of a disability or physical limitation even after he returned a signed DOT medical certification on April 13, 2017.

**Plaintiff's Issue of Law No. 13**: What equitable remedies should the Court allow under the ADA retaliation claim should the jury find a violation of the law in an advisory opinion pursuant to FRCP 39, if  FedEx Freight will not consent to a jury trial on this claim.

**Plaintiff's Issue of Law No. 14**: What amount of additional *Blaney* tax liability on any award should be awarded to Plaintiff?

Plaintiff notes that there may be issues of law for the Court's determination in connection with jury instructions and motions *in limine*.


Defendant asserts the following issues of law to be determined by the Court:

**Defendant's Issue of Law No. 1:**  Whether the FMCSA regulations require that a driver be physically qualified to perform normal tasks associated with operating a commercial motor vehicle, including the ability to climb, bend, crawl, lift, twist, and turn to secure trailer doors, perform pre-trip and post trip vehicle inspections, coupling and uncoupling trailers, and various other nondriving DOT required tasks.

**Defendant's Issue of Law No. 2:** Whether a federal motor carrier is required to ensure its drivers are medically qualified to operate a commercial vehicle as required by the FMCSA, including that the information the driver provides to the DOT medical examiners is truthful and complete?

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

Error! Unknown document property name.

1    **Defendant's Issue of Law No. 3:**  Whether Plaintiff must prove his claimed loss of

2    damages would not have occurred "but for" Defendant's alleged discrimination.

3    **Defendant's Issue of Law No. 4:**  Whether Plaintiff is prevented from "double

4    dipping" by seeking both equitable and legal remedies based on the same alleged harm?

5    ## V.    EXPERT WITNESSES

6    Each party shall be limited to 1 expert witness on the issues of Plaintiff's wage loss

7    damages.

8    **(a) On behalf of Plaintiff:**

| Name and Address | General Nature of Testimony |
| --- | --- |
| Christina Tapia, Ph.D<br>1416 NW 46th St., Ste. #105 – PMB 337<br>Seattle, WA 98107 | Christina Tapia, Ph.D is an economist who will testify regarding Plaintiff's economic damages.<br><br>Will testify. |

**(b) On behalf of Defendant:**

| Name and Address | General Nature of Testimony |
| --- | --- |
| William Partin,<br>CPA/ABV/MAFF/CFE<br>Mueller & Partin<br>400 108th Ave NE<br>Bellevue, WA 98004 | William Partin is certified public accountant and forensic economist who will testify as a rebuttal expert regarding Plaintiff's economic loss damages.<br><br>Will testify. |

## VI.    OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at

the time of trial and the general nature of the testimony of each are:

**(a) On behalf of Plaintiff:**

| Name and Address | General Nature of Testimony |
| --- | --- |
| David Goldstine<br>c/o Ada K. Wong | Mr. Goldstine is the plaintiff and will testify regarding the facts and circumstances |

| | |
|---|---|
| AKW LAW, P.C.<br>6100 219th St. SW, Suite 480<br>Mountlake Terrace, WA 98043 | surrounding his employment with Defendant, as well as his job duties, the discrimination, retaliation, and separation that he endured, and damages he sustained as a proximate cause of Defendant's violations of the law.<br><br>Will testify. |
| Jon Feldheger, PA-C<br>c/o Eastside Family Medicine<br>1200 112th Ave. NE, C160<br>Bellevue, WA 98004 | Jon Feldheger, PA-C was the medical examiner who examined Plaintiff on February 2, 2017, March 9, 2017, April 13, 2017, and June 15, 2017.<br><br>May testify. |
| David Hoffman, M.D.<br>17500 SE 392nd St<br>Auburn, WA 98092 | Dr. Hoffman was the Regional Medical Director for U.S. Healthworks (now Concentra) in April 2017 and discussed Plaintiff's visits to U.S. Healthworks on April 13, 2017 and April 20, 2017 with Defendant.<br><br>Will testify. |
| Aaron Jessen<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br><br>c/o Sandra Isom<br>FedEx Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | Mr. Jessen is an Operations Supervisor with Defendant, he was present during the events of April 6-7, 2017 that are the subject of Plaintiff's Amended Complaint.  He's been subpoenaed to the Seattle courthouse with Plaintiff offering to pay for reasonable costs.<br><br>Will testify. |
| David Appesland<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br><br>c/o Sandra Isom<br>FedEx Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | Mr. Appesland is the Service Center Manager of Defendant's Everett, Washington facility and may testify regarding his knowledge of the discrimination, retaliation, and separation that is the subject of this lawsuit.<br><br>Mr. Appesland also was designated as a Rule 30(b)(6) witness for Defendant.[3]<br><br>Will testify. |
| Christy Tayman<br>c/o Medora Marisseau<br>Karr Tuttle Campbell | Ms. Tayman is an Employee Relations Advisor with Defendant and may testify regarding her |

---

[3] The designation for purposes of deposition was only for specified topics.

*FOURTH AMENDED* PRETRIAL ORDER - 8
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

Error! Unknown document property name.

| | |
|---|---|
| 701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br><br>c/o Sandra Isom<br>FedEx Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | knowledge of the discrimination, retaliation, and separation that is the subject of this lawsuit.<br><br>Ms. Tayman was also designated as a Rule 30(b)(6) witness for Defendant[4]<br><br>Will testify. |
| Tammy Rogers<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br><br>c/o Sandra Isom<br>FedEx Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | Ms. Rogers is a Safety Assistant with Defendant and may testify regarding her knowledge of Plaintiff's medical de-certification and re-certification.<br><br>Ms. Rogers also was designated as a Rule 30(b)(6) witness for Defendant.<br><br>May testify. |
| Craig Flick<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br><br>c/o Sandra Isom<br>FedEx Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | Mr. Flick is a Senior Security Specialist with Defendant and may testify regarding his investigation of the subject matters involving Plaintiff.<br><br>Mr. Flick also was designated as a Rule 30(b)(6) witness for Defendant.[5]<br><br>Will testify. |
| Katyna Naylor<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br><br>c/o Sandra Isom<br>FedEx Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | Ms. Naylor is an Employee Relations Manager for Defendant and may testify regarding her knowledge of the policies and procedures related to FedEx Freight and as it applies to the Operations Department.  She was also designated as a Rule 30(b)(6) witness for Defendant.[6]<br><br>Will testify. |
| Dennis Raymond<br>5218 11th Ave NE<br>Seattle, WA 98105<br>(206) 226-3868 | Mr. Raymond has knowledge of Plaintiff's harms and losses as a result of his employment and separation from Defendant. |

---

[4] The designation for purposes of deposition was only for specified topics.
[5] The designation for purposes of deposition was only for specified topics.
[6] The designation for purposes of deposition was only for specified topics.

***FOURTH AMENDED* PRETRIAL ORDER - 9**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**<br>6100 219th St. SW, Suite 480<br>Mountlake Terrace, WA 98043<br>Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| | |
|---|---|
| | Will testify. |
| Randy Mott<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104 | Mr. Mott is an Operations Supervisor and has knowledge about the facts and circumstances regarding Plaintiff's employment, Plaintiff's statements with him, and Plaintiff's claims and FedEx Freight's defenses in this case. |
| c/o Sandra Isom<br>FedEx Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | May testify. |
| Ted Carlson<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104 | Ted Carlson is a Field Safety Advisor and has knowledge about the facts and circumstances regarding Plaintiff's employment, Plaintiff's statements with him, and Plaintiff's claims and FedEx Freight's defenses in this case. |
| c/o Sandra Isom<br>FedEx Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | May testify. |
| Kenny Cass<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104 | Kenny Cass is a Road Driver Advisor and has knowledge about the facts and circumstances regarding Plaintiff's employment, Plaintiff's statements with him, and Plaintiff's claims and FedEx Freight's defenses in this case. |
| c/o Sandra Isom<br>FedEx Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | May testify. |
| Kris Hoggatt<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104 | Kris Hoggatt is an Operations Supervisor and has knowledge about the facts and circumstances regarding Plaintiff's employment, Plaintiff's statements with him, and Plaintiff's claims and FedEx Freight's defenses in this case. |
| c/o Sandra Isom<br>FedEx Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | May testify. |

*FOURTH AMENDED* PRETRIAL ORDER - 10
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

Error! Unknown document property name.

| Kaila Eckert, Paralegal to AKW[7] LAW, P.C. c/o Ada K. Wong AKW LAW, P.C. 6100 219th St. SW, Suite 480 Mountlake Terrace, WA 98043 | Records Custodian may be called to authenticate certain website publications of FedEx Freight parent company FedEx Corporation, documents produced to Plaintiff by FedEx Freight during discovery, and/or website information published by the federal government.<br><br>May testify. |

**(b) On behalf of Defendant:**

| David Goldstine c/o Ada K. Wong AKW LAW, P.C. 6100 219th St. SW, Suite 480 Mountlake Terrace, WA 98043 | Mr. Goldstine is the plaintiff and has knowledge of his claims and the defenses in this lawsuit.<br><br>May testify. |
| David Appesland c/o Medora Marisseau Karr Tuttle Campbell 701 Fifth Avenue, Suite 3300 Seattle, WA 98104<br><br>c/o Sandra Isom FedEx Freight Freight, Inc. 1715 Aaron Brenner Drive, Ste 600 Memphis, TN 38120 | Mr. Appesland is the Everett service center manager and has knowledge about the facts and circumstances regarding Plaintiff's employment, including job duties and physical qualifications, application for employment and performance and Plaintiff's statements to him and recertification issues, offers for reinstatement and job availability and Plaintiff's claims and FedEx Freight's defenses in this case.<br><br>Will testify. |
| Christy Tayman c/o Medora Marisseau Karr Tuttle Campbell 701 Fifth Avenue, Suite 3300 Seattle, WA 98104 | Ms. Tayman is an employee relations advisor and has knowledge of her communications with Plaintiff, FedEx Freight's engagement in the interactive process, offers for reinstatement, and Plaintiff's claims and FedEx Freight's defenses in this case. |

---

[7] Defendant objects to this witness who was not timely disclosed and was added as witness in this case for the first time today – October 28, 2020; was not disclosed in any initial disclosures as a witness and has no personal knowledge, so may not authenticate any documents of FedEx Corporation (or its subsidiaries). Plaintiff contends Ms. Eckert is a paralegal and record custodian who may be called to testify that the websites and online resources are what is claimed to be (i.e. statements by the authorized agent of FedEx Freight and government documents). *See* ER 901. This witness is necessitated per Defendant's objection to FRE 902 disclosure served on October 26, 2020. If Defendant stipulates to the authenticity of the following public records, Ms. Eckert's testimony is not required: 129, 130, 131, 132, 146, 155, 183, 184, 194, and 196.

*FOURTH AMENDED* **PRETRIAL ORDER** - 11
Case No. 2:18-cv-01164-MJP

**Error! Unknown document property name.**

| | |
|---|---|
| c/o Sandra Isom<br>FedEx Freight Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | Will testify |
| Randy Mott<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br><br>c/o Sandra Isom<br>FedEx Freight Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | Mr. Mott is an operations supervisor and has knowledge about the facts and circumstances regarding Plaintiff's employment, including Plaintiff's statements to him and, and Plaintiff's claims and FedEx Freight's defenses in this case. Will testify |
| Aaron Jessen<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br><br>c/o Sandra Isom<br>FedEx Freight Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | Mr. Jessen is an operations supervisor and has knowledge about Plaintiff's employment, including the facts and circumstances regarding Mr. Goldstine's statements to him and Mr. Mott on April 6 and 7, 2017.<br><br>Will testify. |
| Tammy Rogers<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br><br>c/o Sandra Isom<br>FedEx Freight Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | Ms. Rogers is a safety assistant and has knowledge about FedEx Freight's and the drivers' obligations regarding the Federal Motor Carrier Safety Act for driver medical certification, and facts and circumstances regarding Mr. Goldstine's medical examination forms and de-activation and eventual recertification and her actions regarding the same.<br><br>Will testify. |
| Ted Carlson<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br><br>c/o Sandra Isom | Mr. Carlson was a regional safety advisor and has knowledge about FedEx Freight's and drivers' obligations for performing specified tasks required by the Federal Motor Carrier Safety Act and job duties and facts and circumstances regarding Mr. Goldstine's |

**AKW LAW, P.C.**<br>6100 219th St. SW, Suite 480<br>Mountlake Terrace, WA 98043<br>Tel. (206) 259-1259 / Fax (855) 925-9529

Error! Unknown document property name.

| | |
|---|---|
| FedEx Freight Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | deactivation including statements by Goldstine to Carlson.<br><br>Will testify. |
| Craig Flick<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br><br>c/o Sandra Isom<br>FedEx Freight Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | Mr. Flick is a security specialist and has knowledge of the investigation relating to Mr. Goldstine.<br><br>Will testify. |
| Katyna Naylor<br>c/o Medora Marisseau<br>Karr Tuttle Campbell<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br><br>c/o Sandra Isom<br>FedEx Freight Freight, Inc.<br>1715 Aaron Brenner Drive, Ste 600<br>Memphis, TN 38120 | Ms. Naylor is an employee relations manager and has knowledge about FedEx Freight's policies and procedures regarding disability discrimination,  and medical disqualification and stand down, and FedEx Freight's self-disclosure process, and FedEx Freight's business records relating to Plaintiff and job availability and the role and responsibility of the employee relations advisor.<br><br>Will testify. |
| Tamara Turner re: selected benefit topics, c/o Karr Tuttle Campbell, Seattle, WA  98104 | May testify – Rebuttal; has knowledge re: select benefit topics relating to Plaintiff's damage claims |
| Any other of Defendant's employees that plaintiff calls and examines in his case in chief and any of Plaintiff's witnesses. | Have knowledge about Plaintiff's claims and FedEx Freight's defenses in this case.<br><br>May testify. |

## VII.    <u>EXHIBITS</u>

### (a) Plaintiff's Exhibits

Plaintiff intends to present all exhibits in electronic format to jurors.

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| 001 | 2017-04-11 Email from Goldstine to Cass and Carlson | No | No | Hearsay, Relevance, 403 | |
| 007 | 2017-01-09 Letter from FedEx Freight to Goldstine re Award | Yes | No | Relevance, 404 | |
| 009 | 2017-03-27 Accommodation and Nondiscrimination Policy | Yes | no | Relevance to the extent this exhibit contains Transfer policy | |
| 012 | 2017-04-10 @ 11:21 p.m. PST Email from Appesland to Tayman | yes | Yes | Duplicate of D's 316 which is a better copy | |
| 013 | 2017-04-11 @ 8:05 a.m. PST Email from Appesland to Appesland | yes | No | Includes inadmissible hearsay | |
| 017 | 2017-04-11 @ 1:32 p.m. PST Email from Flick to Tayman | Yes | No | Inadmissible Hearsay | |
| 018 | 2017-04-11 @ 11:48 a.m. PST Email from Tammy Rogers to Appesland re DOT Physical required | Yes | Yes (duplicate of D's 307) | | |
| 019 | 2017-04-11 @ 12:28 p.m. PST Email from Tayman to Carlson | Yes | Yes (duplicate of D's 354) | | |
| 020 | 2017-04-11 Goldstine Statement re 4-6-2017 | N- unsigned and header stripped out | No- | Incomplete 901. | |
| 021 | 2017-04-11 Goldstine Statement re 4-7-2017 | Yes | No - | Inadmissible hearsay | |
| 022 | 2017-04-12 @ 12:57 p.m. PST Email from Carlson to Tayman re FedEx Freight medical decertification 4-11-2017 | Yes | No | Inadmissible hearsay | |
| 024 | 2017-04-12 @ 10:59 p.m. PST Email from Cass to Tayman | Yes | No | Inadmissible hearsay | |

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

Error! Unknown document property name.

| 025 | 2017-04-12 @ 4:55 p.m. PST Email from Goldstine to Carlson | Yes | No | Inadmissible hearsay | |
| 026 | 2017-04-13 @ 10:27 a.m. PST Email from Goldstine to Appesland | Yes | Yes | | |
| 028 | 2017-04-13 @ 5:48 p.m. PST Email from Appesland to Tayman | Yes | yes | | |
| 029 | 2017-04-13 @ 11 p.m. PST Email from Cass to Carlson | Yes | No | Inadmissible hearsay; duplicate of P's 24 | |
| 030 | 2017-04-13 @ 8:43 p.m. PST Email from Goldstine to Appesland and Mott | Yes | Yes | | |
| 032 | 2017-04-13 @ 12:14 p.m. PST Email from Tayman to Carlson | Yes | Yes | | |
| 034 | 2017-04-16 @ 10:35 p.m. PST Email from Cass to Appesland | Yes | No | Inadmissible hearsay | |
| 035 | 2017-04-17 @ 5:32 p.m. PST Email from Appesland to Tayman | Yes | Yes | | |
| 036 | 2017-04-17 @ 2:25 p.m. PST Email from Flick to Tayman | Yes | No | Multiple levels of inadmissible hearsay | |
| 037 | 2017-04-17 @ 2:50 p.m. PST Email from Goldstine to Appesland | Yes | Yes- included in P's 35 | | |
| 038 | 2017-04-17 @ 6:32 a.m. PST Email from Tammy Rogers to Appesland re DOT Physical required | Yes | Yes- | | |
| 039 | 2017-04-17 @ 5 p.m. PST Email from Tayman to Appesland | Yes | Yes | | |
| 040 | 2017-04-18 @ 2:29 p.m. PST Email from Flick to Tayman | Yes | No | Multiple levels of inadmissible hearsay | |

*FOURTH AMENDED* PRETRIAL ORDER - 15
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| | | | | | |
|---|---|---|---|---|---|
| 041 | 2017-04-18 Kris Hoggatt Notes re 4-18-2017 meeting | Yes | No | Hearsay | |
| 042 | 2017-04-19 Email from Crow to Appesland, Tayman, and Fredrick | no | No | Relevance, Incomplete not the authentic document; portions of document removed by counsel, Hearsay, 403 | |
| 043 | 2017-04-20 @ 6:41 p.m. PST Goldstine Request for & documents related to knee injury, etc. | no | no | 901, 403, relevance, multiple levels of inadmissibl e hearsay, subject to MIL | |
| 046 | 2017-04-24 @ 3:29 p.m. PST Email from Flick to Tayman (Redacted) | no | no | Redacted by P; hearsay | |
| 047 | 2017-04-24 @ 7:31 p.m. PST Email from Goldstine to Rogers, Tayman, Appesland | yes | yes | | |
| 050 | 2017-04-25 @ 1:41 p.m. PST Email from Goldstine to Rogers, Tayman, and Ferrill | yes | yes | | |
| 051 | 2017-04-25 @ 1:41 p.m. PST Email from Goldstine to Rogers, Tayman, Appesland | yes | Duplicate of P's Ex. 50 | | |
| 052 | 2017-04-27 @ 8:03 am Email from Crow to Appesland and Tayman | yes | no | Hearsay, relevance, 403 | |
| 054 | 2017-04-27 @ 3:10 p.m. PST Email from Appesland to Goldstine and Tayman | Yes | No, pending MIL submitted by P | 403; relevance if WPV incidents are excluded | |
| 056 | 2017-04-27 @ 12:18 p.m. PST Email from Goldstine to | Yes | No, | hearsay | |

*FOURTH AMENDED* **PRETRIAL ORDER** - 16
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Ferrill, Appesland, Rogers, Starkey, and Tayman | | | | |
| | 057 | 2017-04-27 @ 2:09 p.m. PST Email from Goldstine to Tayman | yes | No, pending MIL submitted by P | 403, relevance if WPV incidents are excluded | |
| | 058 | 2017-04-28 @1:20 p.m. PST Email from Goldstine to Tayman | Yes | No, pending MIL submitted by P | 403, relevance if WPV incidents are excluded | |
| | 059 | 2017-04-28 @ 4:17 p.m. PST Email from Goldstine to Tayman, Ferrell, Starkey, Rogers, and Appesland | Yes | No | Hearsay | |
| | 062 | 2017-05-01 @ 6:44 p.m. PST Email from Tayman to Goldstine | yes | No | Relevance and hearsay | |
| | 063 | 2017-05-02 @ 4:40 p.m. PST Email from Flick to Tayman | yes | no | Multiple levels of inadmissible hearsay, relevance, 403, in light of P's MIL | |
| | 064 | 2017-05-02 @ 4:47 p.m. PST Email from Tayman to Flick | yes | no | Multiple levels of inadmissible hearsay, relevance & 403 in light of P's MIL | |
| | 065 | 2017-05-03 Email from Tayman to Goldstine | yes | yes | | |
| | 066 | 2017-05-08 Email from Goldstine to Appesland | yes | yes | | |
| | 068 | 2017-05-22 @ 1:08 p.m. PST Email from Goldstine to Flick | Yes | No | Hearsay, relevance, 403 in light of P's MIL | |

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| 073 | 2017-05-31 @ 553 am PST Email from Goldstine to Tayman, Rogers | Yes | No | Hearsay | |
| 076 | 2017-06-11 Email from Goldstine to Appesland | yes | no | hearsay | |
| 088 | 2017-07-10 Email from Goldstine to Appesland | yes | no | hearsay | |
| 089 | 2017-07-11 @ 939 a.m. PST Email from Appesland to Barrett | yes | no | Hearsay; Untimely-deadline to disclose exhibits was 10/5/20- not part of disclosed exhibits until 10/28/20;; Unredacted Version Contains Attorney-Client Privileged Information[8] | |
| 090 | 2017-07-11 @ 6:27 p.m. PST Email from Goldstine to Appesland | yes | no | hearsay | |
| 091 | 2017-07-12 FedEx Freight Notified of Goldstine WHRC Charge of Discrimination | no | no | 901, 403, relevance, hearsay | |
| 092 | 2017-10-06 Email from Flick to Appesland and Tayman | No | No | 403, relevance, hearsay | |
| 096 | 2017-08-11 Email from Tayman to Hoggatt, Mott, and Jessen | yes | no | 403, in light of P's MIL | |

---

[8] Exhibit 89 was timely disclosed.  Prior version that was withdrawn is the same as this current version except this current version does not have Christy Tayman's handwritten notes.  This was subsequently withdrawn in error, and a clean version has been returned to this PTO without handwriting.  There is no prejudice to Defendant.  No attorney is part of this e-mail and it is not subject to attorney-client privilege.

*FOURTH AMENDED* PRETRIAL ORDER - 18
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| | | | | | |
|---|---|---|---|---|---|
| 098 | FedEx's contribution history for Goldstine's fringe benefits | yes | yes | | |
| 100 | Driver Stand Down, Disqualification, and Re-Qualification Procedures | yes | yes | | |
| 101 | Driver Stand Down, Disqualification, and Re-qualification Procedures | yes | yes | | |
| 105 | 2013-07-26 Driver Manual Lesson 3 - Vehicle Inspection Procedures | yes | yes | | |
| 107 | 2015-04-15 Pre-Shift Raising and Lowering Trailer Doors | yes | yes | | |
| 108 | 2015-07-15 Driver Manual Lesson 2- Safety | yes | yes | | |
| 109 | 2015-07-15 Driver Manual Lesson 4 - Driver Review and Disqualification | yes | yes | | |
| 110 | 2017 Accommodation and Nondiscrimination Policy | Yes | Yes | | |
| 113 | 2018-05-02 Equal Employment Opportunity-Non-Discrimination Policy | No | No | Juror confusion; Untimely-deadline to add exhibits was 10/5/20-not disclosed as an exhibit until 10/28/20; Relevance as this is a 2018 policy;: There was an earlier EEO policy; contains two separate documents; | |

*FOURTH AMENDED* PRETRIAL ORDER - 19
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| | | | | | 901 as to last 3 pages.[9] | |
|---|---|---|---|---|---|---|
| 114 | 2016-02-12 Medical Exam Report Form | yes | yes | | |
| 116 | 2017-02-02 Medical Exam Report Form | yes | yes | | |
| 117 | 2017-02-02 US HealthWorks Medical Group Treatment Authorization Form | yes | yes | | |
| 118 | 2017-03-09 Medical Examiner Report Form | yes | yes | | |
| 119 | 2017-03-09 thru 2017-04-20 US HealthWorks Medical Group Notes | No | No | 901, multiple levels of inadmissible hearsay | |
| 121 | 2017-04-13 Medical Exam Report Form | yes | yes | | |
| 122 | 2017-04-18 US HealthWorks Medical Group Treatment Authorization Form | yes | yes | | |
| 123 | 2017-04-20 Medical Exam Report Form | yes | no | Relevance, hearsay | |
| 124 | 2017-06-13 Treatment Authorization for Goldstine signed by Appesland | yes | yes | | |
| 125 | 2017-06-15 Medical Exam Report Form | Yes | Yes | | |
| 126 | 2017-06-15 Medical Exam Report Form signature page | | | | |
| 127 | 2018-05-18 Medical Examiner's Certificate signature page | No | No | 901, incomplete document | |
| 129 | Benefits Planner Retirement Age Calculator  SSA [wwwssagov] | no | no | 901, hearsay, relevance, juror confusion | |
| 130 | Benefits Planner Retirement Age Calculator  SSA [wwwssagov] | no | no | 901, hearsay, relevance, | |

---

[9] Plaintiff substituted an earlier version to correct Defendant's objection as to the year of the non-discrimination policy.

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | juror confusion | |
| 131 | Delayed Retirement SSA Benefit Maximum Reached | no | no | 901, hearsay, relevance, juror confusion | |
| 132 | Full Retirement Age Reached (67) | no | no | 901, hearsay, relevance, juror confusion | |
| 134 | 2015 Benefits Enrollment | yes | No (duplicate of 133) | Relevance | |
| 136 | 2015-02-15 Benefits Offered by FedEx Freight, Inc. | Yes | No | Relevance | |
| 137 | 2016 Benefits Enrollment Confirmation | yes | No | Relevance | |
| 140 | 2016 New Hire Benefits Enrollment Guide | Yes | No | Relevance | |
| 142 | 2017 New Hire Benefits Enrollment Guide | Yes | Yes | | |
| 143 | 2017-05-15 COBRA Continuation Coverage Election Notice | Yes | No | Relevance | |
| 144 | 2017-10-26 FedEx Freight Statement to Goldstine re Pension Plan | Yes | Yes | | |
| 145 | 2020-01-01 Kaiser Permanent Summary of Benefits and Coverage | No | No | 901, incomplete, relevance, 403, hearsay | |
| 146 | 2020-09-02 Average life expectancy for Dave is 82.3 years | no | no | 901, hearsay, 403 | |
| 147 | 2016-09-04 Evergreen Radia Imaging Records | no | no | 901, 403, multiple levels of hearsay, subject to D's MIL | |
| 148 | 2016-09-04 EvergreenHealth Medical Records | no | no | 901, 403, multiple | |

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| | | | | | |
|---|---|---|---|---|---|
| | | | | levels of hearsay, subject to D's MIL | |
| 149 | 2019-09-30 Urology Office Medical Records | no | no | 901, 403, multiple levels of hearsay, subject to D's MIL | |
| 150 | 2019-10-15 Halvorson Cancer Center letter | no | No | 901, 403, multiple levels of hearsay, subject to D's MIL | |
| 151 | EVT - Dave Appesland recording | Yes | No | Hearsay | |
| 152 | EVT - David Goldstine recording | Yes | No | Hearsay | |
| 153 | 2020-09-08 FINAL Tapia Report Chart | No- chart is contrary to what was represented would be provided | No | Hearsay, 403 | |
| 154 | Outstanding RSI Performance Award from FedEx Freight to Goldstine | Yes | No | Relevance | |
| 155 | 2014-09-30 EEOC Files Disability Discrimination Complaint against FedEx Ground | No-relates to a different company | No | 901, 403, hearsay, relevance,subject to D's MIL | |
| 156 | 2015 thru 2017 Goldstine W-2s | Yes | No | relevance | |
| 157 | 2015-01-27 Driving Skills Observation Report for Goldstine | yes | no | relevance | |
| 158 | 2015-01-27 Voluntary Self-Identification of Disability | yes | no | Relevance, 403 | |
| 165 | 2017-02-17 Certificate of Achievement Safety Award to Goldstine | yes | no | Hearsay, relevance, 403 | |

*FOURTH AMENDED* PRETRIAL ORDER - 22
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

Error! Unknown document property name.

| 168 | 2017-04-07 Photos of Vehicle #2501926 | no | no | 901, relevance, 403 | |
| 169 | 2017-04-13 5th wheel invoice | yes | no | Relevance, 403 | |
| 171 | 2017-06-05 Washington State Human Rights Commission Intake Questionnaire | no | no | 901, relevance, hearsay, 403 | |
| 172 | 2017-07-25 Voicemail from Appesland to Goldstine | no | no | 901, hearsay, 403 | |
| 173 | 2017-07-27 Voicemail from Appesland to Goldstine | no | no | 901, hearsay, 403 | |
| 175 | 2017-08-17 Voicemail from Flick to Goldstine | no | no | 901, hearsay, 403 | |
| 176 | 2018 Goldstine's 1040 | yes | no | Relevance, | |
| 177 | 2018 Goldstine's W-2 | yes | no | relevance | |
| 178 | 2018 Goldstine's W-2 short | yes | no | relevance | |
| 179 | 2018-08-27 FedEx Freight's Responses to Plaintiff's 1st Requests for Admission | no | no | Improper use of RFAs; contains legal opinions and conclusions; Relevance, overbroad, 403 | |
| 182 | 2019-05-24 FedEx Freight's Responses to Plaintiff's 2nd Requests for Admission | no | no | Improper use of RFAs; contains legal opinions and conclusions; Relevance, | |

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | overbroad, 403 | |
| 183 | Certified Copy of FedEx Corporation Annual Report 2020 | no | no | 901, hearsay, relevance, overbroad, 403, subject to D's MIL | |
| 184 | FedEx Organizational Chart | no | no | 901, 403, relevance, hearsay, subject to D's MIL | |
| 185 | Photo: Everett Service Center FedEx Freight Truckyard | no | no | 901, relevance, 403 | |
| 186 | Photo Everett Service Center FedEx Freight Truckyard II | no | no | 901., 403, relevance | |
| 187 | Photo Everett Service Center FedEx Freight Trucks | no | no | 901, 403, relevance | |
| 188 | Photo Everett Service Center Stairs | no | no | 901, 403, relevance | |
| 189 | Photo Everett Service Center Loading Ramp | no | no | 901, 403, relevance | |
| 190 | Photo FedEx Freight Trailer to Dock | no | no | 901,. 403, relevance | |
| 191 | Photo FedEx Freight Loading Dock (Interior View) | no | no | 901, 403, relevance | |
| 192 | Photo FedEx Door Seal | no | no | 901, 403, relevance | |
| 193 | Photo FedEx Door Seal II | no | no | 901. 403, relevance | |
| 194 | 2020-05-18 - Consent Decree (Civil Action No. 15-cv-00256) | No- relates to a different company | no | 901, 403, hearsay, relevance, subject to D's MIL | |
| 196 | FedEx Company Structure & Facts [10] | No- relates to different companies | No | 901, 403, relevance, hearsay, and subject to D's MIL | |

---

[10] https://www.fedex.com/en-us/about/company-structure.html

***FOURTH AMENDED* PRETRIAL ORDER - 24**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| 197 | Declaration of Randy Mott | Yes | No | Objection: deadline to identify exhibits was 10/5/2020. No new exhibits may be added. | |
| 198 | 2017-06-15 – June Certification re No Signature | No | No | Objection: untimely: deadline to identify exhibits was 10/5/2020. No new exhibits may be added; 901 | |

**(b) Defendants' Exhibits**

| Exhibit No. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 300 | 02-02-17 DOT Medical Examination Report | Y | Y | | |
| 301 | 02-02-17 Federal Medical Examiners Certificate | Y | Y | | |
| 302 | 02-16-17 Dr Feldhegger Note to Goldstine Re Diabetes | Y | Y | | |
| 303 | 03-09-17 Addendum to 02-02-17 Medical Report | Y | N | Incomplete | |
| 304 | 03-09-17 Federal Medical Examiners Certificate | Y | Y | | |

*FOURTH AMENDED* PRETRIAL ORDER - 25
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| | | | | | |
|---|---|---|---|---|---|
| 305 | 04-13-17 DOT Medical Examination Report | Y | Y | | |
| 306 | 06-15-17 DOT Medical Examination Report | Y Possibly incomplete | Y | Possibly incomplete | |
| 307 | 04-11-17 Rogers Email String to Appesland Re DOT Physical ~~Required~~[11] | Y | N | 801, 802; Y with 105 limiting instruction on non-hearsay purpose | |
| 308 | 04-17-17 Rogers Email to Appesland Re 4-13 Medical Exam | Y | N | Hearsay; Legal conclusion; Fed. R. Evid. 403; subject to MIL | |
| 309 | 07-21-17 Rogers Email to Appesland Re Unsigned Medical Certification | Y | N | Hearsay; Legal conclusion; Fed. R. Evid. 403; subject to MIL | |
| 310 | 07-21-17 Rogers Email to Appesland Re Correcting Report_Redacted | Y | N | Hearsay; Relevance; Foundation; Legal Conclusion; Fed. R. Evid. 403; subject to MIL | |

---

[11] Defendant's descriptions are commentaries on the evidence, prejudicial, and should not be allowed.  Plaintiff asked Defendant twice to provide a neutral description, to which the Defendant has refused.  Plaintiff requests that any documents provided to the jury contain only neutral descriptions.

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| 311 | 07-25-17 Rogers Email to Appesland Re Receipt Of ~~Compliant~~ Medical Certification_Redacted[12] | Y | N | Hearsay; Legal conclusion; Fed. R. Evid. 403; subject to MIL | |
|---|---|---|---|---|---|
| 312 | 04-07-17 Mott Email to Appesland Re ~~Not Closing~~ Trailer Door[13] | Y | Y | | |
| 313 | 04-10-17 Jessen Email to Appesland Re Trailer Door | Y | Y | | |
| 314 | 04-10-17 Appesland Email to Tayman Re Requesting Statement | Y | Y | | |
| 315 | 04-10-17 Appesland Email to Appesland Re Jessen Recap Of 04-06-17 | Y | Y | | |
| 316 | 04-11-17 Tayman Notes Re Call With Goldstine | Y | Y | | |
| 317 | 05-03-17 Tayman Email to Goldstine Re Statement For Doctor | Y | Y | | |
| 318 | 04-12-17 Carlson Email to Tayman Re 04-06-17 Incident | Y | Y | | |
| 319 | Withdrawn | | | | |
| 320 | Road Driver Job Description | Y | Y | | |
| 321 | Withdrawn | | | | |
| 322 | Withdrawn | | | | |

---

[12] See footnote 14.

[13] See footnote 14.

***FOURTH AMENDED* PRETRIAL ORDER - 27**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| 325 | Withdrawn | | | |
|-----|-----------|---|---|---|
| 326 | 08-03-17 Dolan Email to Wong Re ~~Return to~~ Work ~~Authorization~~[14] | Y | N | Hearsay; Not 803(6) business record b/c prepared in subjective contemplation of litigation; Legal Conclusions; "PRIVILEGED AND CONFIDENTIAL" as marked by attorney author; subject to MIL; relevance; Court's Prior Ruling on Plaintiff's MIL |
| 327 | 08-03-17 Certified Letter to Goldstine Re ~~Return To~~ Work[15] | N | N | Hearsay Y, with 105 limiting instruction |
| 328 | 08-07-17 To 08-09-17 Fedex Tracking Emails | Y | Y | |
| 329 | 08-18-17 Dolan Email to Wong Re ~~Goldstine Refusal~~ | Y | N | Hearsay; Not 803(6) business |

[14] See footnote 14.
[15] See footnote 14.

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| | | | | | |
|---|---|---|---|---|---|
| | | ~~to Communicate~~ Communications[16] | | | record b/c prepared in subjective contemplation of litigation; Legal Conclusions; "PRIVILEGED AND CONFIDENTIAL" as marked by attorney author; subject to MIL; relevance; Court's Prior Ruling on Plaintiff's MIL | |
| | 330 | Receipts For Fedex Letter Delivery Attempts | Y | Y | | |
| | 331 | Withdrawn | | | | |
| | 332 | 04-18-19 Tayman Notes Re Goldstine Communication (Dep Ex 7) | N | N | Hearsay; 403, due to Collateral Source Rule; Refusal to designate 30(b)(6) representative on topic; Relevance; Unredacted SSN; | |

---

[16] See footnote 14.

***FOURTH AMENDED*** **PRETRIAL ORDER - 29**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| | | | | | |
|---|---|---|---|---|---|
| 333 | 04-17-19 Tayman Notes Re ~~Changes to the~~ Story (Dep Ex 9) [17] | Y | Y | | |
| 334 | EVT- Aaron Jesson Recording.MP3 | Y | N | Hearsay; Fed. R. Evid. 403; lack of personal knowledge | |
| 335 | EVT - Randy Mott Recording.MP3 | Y | N | Hearsay; Fed. R. Evid. 403; lack of personal knowledge | |
| 336 | 04-11-17 Mott Email to Appesland Re Requesting Goldstine Statement | Y | Y | | |
| 337 | Withdrawn | | | | |
| 338 | 04-19-17 Flick Email to Tayman Re Witness Interviews | Y | N | Hearsay; lack of personal knowledge; Fed. R. Evid. 403 | |
| 339 | 04-20-17 Flick Email to Tayman Re Additional Mott Info | Y | N | Hearsay; lack of personal knowledge; Fed. R. Evid. 403 | |
| 340 | Withdrawn | | | | |
| 341 | Withdrawn | | | | |

[17] See footnote 14.

***FOURTH AMENDED* PRETRIAL ORDER - 30**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| 342 | Withdrawn | | | | |
|-----|-----------|---|---|---|---|
| 343 | 04-20-17 Flick Memo to Moore Re Investigative Summary_Redacted | Y | N | Hearsay; Relevance; Fed. R. Evid. 403; subject to MIL regarding firearm and past unsubstantiated workplace violence investigation.<br><br>Handwritten statement by Burger regarding "gun" – 403, lack of personal knowledge | |
| 344 | Goldstine Job App with Electronic Signature | Y | N | 403 as to "accident records"; relevance | |
| 345 | FMSCA Medical Examiner Handbook (1-30) | Y | N | Hearsay, 403 juror confusion, legal conclusion; 401 Relevance; Statement of Law is for the Court. | |
| 346 | FMSCA Medical Examiner Handbook (39-42) | Y | N | Hearsay, 403 juror confusion, | |

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | legal conclusion; 401 Relevance; Statement of Law is for the Court. | |
| 347 | FMSCA Medical Examiner Handbook (51-52) | Y | N | Hearsay, 403 juror confusion, legal conclusion; 401 Relevance; Statement of Law is for the Court. | |
| 348 | FMSCA Medical Examiner Handbook (167-173) | Y | N | Hearsay, 403 juror confusion, legal conclusion; 401 Relevance; Statement of Law is for the Court | |
| 349 | FMSCA Skill Perfomance Evaluation Certification - Sample Initial Letter of Application | Y | N | Hearsay, 403 juror confusion, legal conclusion; 401 Relevance – this case does not involve a Skills Performance Evaluation; Statement | |

*FOURTH AMENDED* PRETRIAL ORDER - 32
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

Error! Unknown document property name.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | of Law is for the Court | |
| 350 | Withdrawn | | | | | |
| 351 | Everett Service Center Medical Recertifications | N | N | Hearsay, Relevance; Fed. R. Evid. 403; lack of personal knowledge | |
| 352 | 06-06-17 Kingston Email to Goldstine Re Document ~~Request~~[18] | Y | N | Hearsay; and Hearsay within HearsayFed. R. Evid. 403; lack of personal knowledge; reference to being "banned" is subject of MIL | |
| 353 | ~~Workplace Violence Complaint~~ Complaint re Threat[19] | N | N | Hearsay; Relevance; Fed. R. Evid. 403; prior unsubstantiated workplace violence investigation is subject to MIL | |
| 354 | 04-11-17 Tayman Email to Carlson Re Goldstine Claim As Disabled American | Y | Y | | |

---

[18] See footnote 14.

[19] See footnote 14.

*FOURTH AMENDED* **PRETRIAL** ORDER - 33
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

Error! Unknown document property name.

| 355 | Withdrawn | | | | |
|---|---|---|---|---|---|
| 356 | 04-25-17 Appesland Email to Appesland Re Goldstine Call | Y | Y | | |
| 357 | 07-26-16 Appesland Email to Appesland Re Goldstine ~~Late~~ Departures[20] | Y | N | Relevance; 403; 405/608 Character Evidence & Improper Impeachment by specific instances of conduct through extrinsic evidence; subject of Court MIL ruling excluding conduct unrelated to termination; | |
| 358 | 04-25-17 Flick Email to Tayman Re ~~Workplace Violence~~ Investigation_Redacted[21] | Y | N | Hearsay; Relevance; Fed. R. Evid. 403; subject to MIL | |
| 359 | 05-13-17 Tayman Handwritten Note Re Goldstine ~~Canceled~~ Appointment[22] | N | N | Hearsay; Not 803(6) business record b/c prepared in | |

[20] See footnote 14.
[21] See footnote 14.
[22] See footnote 14.

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | subjective contemplation of litigation; Legal Conclusions; Fed. R. Evid. 403 | |
| 360 | 2015 And 2016 Medical Examination Reports_Redacted | Y | N | Private identification information should be redacted[23] | |
| 361 | 07-31-17 Appesland Email to Tayman Re Goldstine Failure To Return | Y | Y | | |
| 362 | 07-27-17 Appesland Email to Crow Re Goldstine ~~Did Not~~ Call ~~Back~~[24] | Y | Y | | |
| 363 | 08-11-17 Tayman Email to Arashiro Re Goldstine ~~Failure To Return~~ Termination[25] | Y | Y | | |
| 364 | Withdrawn | | | | |
| 365 | Withdrawn | | | | |
| 366 | 04-20-17 Appesland Email to Tayman Re Goldstine ~~Did Not Follow Up~~[26] | Y | N | Hearsay; Fed. R. Evid. 403; relevance | |
| 367 | 06-12-17 Goldstine Email to Appesland Re Dot Permission Slip | Y | Y | | |

---

[23] This has been addressed
[24] See footnote 14.
[25] See footnote 14.
[26] See footnote 14.

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

Error! Unknown document property name.

| 368 | 06-13-17 Goldstine Email to Appesland Re Treatment Authorization | Y | N | Relevance; Fed. R. Evid. 403 juror confusion | |
|-----|------|---|---|------|---|
| 369 | Reasonable Accomodation Review (RAR) Procedures | Y | N | Relevance; Fed. R. Evid. 403 juror confusion | |
| 370 | 2017 Accomodation And Nondiscrimination Policy | Y | Y | | |
| 371 | 04-11-17 US Healthworks Medical Group Treatment Authorization Form | Y | Y | | |
| 372 | 08-10-17 Corrective Action Recap Form - Termination | Y | N | Hearsay | |
| 373 | Attachment 1 to Partin Report_Redacted | Y | N | Violates collateral source rule [27][28] | |
| 374 | FMSCA Medical Examiner Handbook - Complete Copy | Y | N | Hearsay; 403 juror confusion; legal conclusion; 401 Relevance; Statement of Law is for the Court. | |
| 375 | 05-31-17 Tayman Email to Goldstine Re Investigation Status_Redacted | Y | N | Hearsay; Not 803(6) business record b/c prepared in subjective | |

---

[27] Unemployment compensation and workers' compensation benefits are not an offset against an award of damages for economic loss because they come from a collateral source. *Hayes v. Trulock*, 51 Wn.App. 795, 803–04, 755 P.2d 830 (1988); *Johnson v. Weyerhaeuser Co.*,134 Wn.2d 795, 799–800, 953 P.2d 800 (1998). (COMMENT TO WPI 330.81).

[28] This has been addressed in redacted document.

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

| | | | | contemplation of litigation; Legal Conclusions; Fed. R. Evid. 403[29] | |
|---|---|---|---|---|---|
| 376 | 04-11-17 Appesland Email to Appesland Re Goldstine Statement about Thurs 4-6 | Y | N | Hearsay[30] | |
| 377 | 04-11-17 Appesland Email to Appesland Re ~~Requesting~~ Goldstine Statement[31] | Y | N | Hearsay[32] | |

## VIII.   ACTION BY THE COURT

(a)  This case is scheduled for trial before a jury on November 2, 2020, at 9:00 a.m.[33]

(b)  Supplemental Trial briefs shall be submitted to the court on or before October 21, 2020.

(c)  Suggested questions of either party to be asked of the jury by the court on *voir dire* shall be submitted to the court on or before October 28, 2020.

(d)  Plaintiff requests a Supplemental Jury Questionnaire to be provided to the jurors, which will be filed with the court on October 28, 2020.

(e)  The parties will be making further recommendation and seeking further guidance regarding the processes for the remote jury trial.

---

[29] Plaintiff has waived any objection to this exhibit.  This was Plaintiff's Exhibit 71 in the Pretrial Order filed on October 16, 2020. Dkt. # 268.

[30] Plaintiff has waived any objection to this exhibit. This was Plaintiff's Exhibit 14 in the Pretrial Order filed on October 16,2020.  Dkt. 268.

[31] See footnote 14.

[32] Plaintiff has waived any objection to this exhibit.  This was Plaintiff's Exhibit 14 in the Pretrial Order filed on October 16, 2020.  Dkt. 268

[33] Defendant FedEx Freight filed an objection to proceeding with the remote jury trial, which the Court has denied. Defendant does not waive its objection to the remote jury trial proceeding.

*FOURTH AMENDED* **PRETRIAL ORDER** - 37
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

Error! Unknown document property name.

1   (f)  This order has been approved by the parties as evidenced by the signatures of their counsel.

2       This order shall control the subsequent course of the action unless modified by a

3       subsequent order.  This order shall not be amended except by order of the court pursuant

4       to agreement of the parties or to prevent manifest injustice.

5

6   DATED this 2nd day of November, 2020.

7

8

9

10      The Honorable Marsha J. Pechman
        United States District Judge

11

12  FORM APPROVED:

13  AKW LAW, P.C.

14  /s/ Ada K. Wong
    Ada K. Wong, WSBA #45936
15  Attorney for Plaintiff Goldstine

16

17  BLOOM LAW PLLC

18

19  /s/ Beth Bloom
    Beth Bloom, WSBA #31702
    Attorney for Plaintiff Goldstine
20

21  KARR TUTTLE CAMPBELL

22

23  /s/ Medora A. Marisseau
    Medora A. Marisseau, WSBA #23114

*FOURTH AMENDED* PRETRIAL ORDER - 38
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**

1   Brett A. Elliott, WSBA #51157
    Attorneys for Defendant

2

3   FEDEX FREIGHT, INC.

4
    /s/ Sandra C. Isom
5   Sandra C. Isom, CA Bar #157374
    Attorney for Defendant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**FOURTH AMENDED PRETRIAL ORDER - 39**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**Error! Unknown document property name.**