UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE, | CASE NO. C18-1164 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FEDEX FREIGHT INC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Defendant filed an unopposed motion to exclude designations of deposition testimony of Katyna Naylor. (Dkt. No. 277.) Ms. Naylor has now provided live testimony during trial, which renders the Motion moot. The Court therefore DENIES the Motion as MOOT.

The clerk is ordered to provide copies of this order to all counsel.

Filed November 6, 2020.

              William M. McCool
              Clerk of Court

MINUTE ORDER - 1

1
2         s/Paula McNabb
          Deputy Clerk
3
4
...
24

MINUTE ORDER - 2