The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FEDEX FREIGHT, INC., a Washington State entity; "DOE(S) 1-100", employees of FEDEX FREIGHT, INC.; and CORPORATION(S) XYZ 1-100,<br><br>　　　　　　　Defendants. | NO. 2:18-cv-01164 MJP<br><br>NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL<br><br>***(Clerk's Action Required)*** |

　　　　PLEASE TAKE NOTICE that the undersigned attorney, Thomas D. Adams of Karr Tuttle Campbell, 701 Fifth Avenue, Suite 3300, Seattle, Washington 98104, hereby appears on behalf of the Defendant, Fedex Freight, Inc. herein, and is associated with Medora A. Marisseau and Brett A. Elliott, counsel for Defendant.

　　　　Copies of all further papers and proceedings herein, except original process, shall be served upon the undersigned along with all other attorneys of record for above-named parties.

//

//

//

DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW- 1
#1352167 v1 / 43010-011

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

DATED this 16th day of November, 2020.

                        KARR TUTTLE CAMPBELL

                        *s/ Thomas D. Adams*
                        Thomas D. Adams, WSBA No. 18470
                        Medora Marisseau, WSBA No. 23114
                        Brett A. Elliott, WSBA No. 51157
                        701 Fifth Avenue, Suite 3300
                        Seattle, WA  98104
                        Telephone:  206-223-1313
                        Facsimile:  206-682-7100
                        Email: tadams@karrtuttle.com;
                        belliott@karrtuttle.com;
                        mmarisseau@karrtuttle.com

                        Attorneys for Defendant FedEx Freight, Inc.

DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW- 2
#1352167 v1 / 43010-011

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**CERTIFICATE OF SERVICE**

I, Jan Likit, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98101. On this day, I caused a true and correct copy of the preceding document to be filed with the Court's electronic filing system, which caused service of the document to all parties who receive notifications through CM/ECF Service.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

DATED this 16th day of November, 2020, at Seattle, Washington.

*s/Jan Likit*
Jan Likit
Legal Assistant

DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW- 3
#1352167 v1 / 43010-011

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100