THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID GOLDSTINE,

        Plaintiff,

v.

FEDEX FREIGHT, INC.,

        Defendant.

Case No. 2:18-cv-01164 MJP

**CLARIFICATION TO SPECIAL VERDICT FORM**

We the jury, provide the following answers to the questions submitted by the Court:

*The Court wishes for you to clarify your answer to Question No. 8 on the Special Verdict Form. Please look at New Question Number 8 and follow these instructions.*

**New Question No. 8:**

What is the amount you wish to subtract from the damages you found in Question number 6?

$ 300,000.00

**Presiding Juror, please sign and date this Clarification to Special Verdict Form.**

Dated November 16, 2020.

/s REDACTED
PRESIDING JUROR

SPECIAL JURY VERDICT FORM - 1