# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE,<br><br>              Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT INC,<br><br>              Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C18-1164 MJP |

X    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE JURY FOUND in favor of Plaintiff on his claims under the Washington Law Against Discrimination and the Americans with Disabilities Act and awarded: (1) $129,278.00 for past economic losses; (2) $272,465.00 for future economic losses, and (3) $1,750,000.00 for emotional harm. The Jury found that Plaintiff failed to mitigate his damages in the amount of $300,000.00. The Jury also found that Defendant acted with malice or reckless indifference to Plaintiff's rights under the Americans with Disabilities Act and awarded punitive damages in the amount of $5,000,000.00. The total award from the Jury is $6,851,743.00.

Dated November 23, 2020.

 

                                                      William M. McCool
                                                      Clerk of Court

s/ Grant Cogswell
Deputy Clerk