UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE,<br><br>          Plaintiff,<br><br>    v.<br><br>FEDEX FREIGHT INC,<br><br>          Defendant. | CASE NO. C18-1164 MJP<br><br>ORDER REQUESTING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW |

The Court raises this matter <u>sua sponte</u>. The jury rendered an advisory verdict on Plaintiff's ADA retaliation claim. But pursuant to Rule 52(a)(1), the Court must enter findings of fact and conclusions of law on Plaintiff's ADA retaliation claim. To facilitate the Court's efforts, the Court requests the Parties submit proposed findings of fact and conclusions of law as to this claim by no later than January 8, 2021.

\\

\\

\\

ORDER REQUESTING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW - 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated December 29, 2020.

                                    *[signature]*

                                    Marsha J. Pechman
                                    United States District Judge