# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE,<br><br>              Plaintiff,<br><br>    v.<br><br>FEDEX FREIGHT INC,<br><br>              Defendant. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C18-1164 MJP |

X    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE JURY FOUND in favor of Plaintiff on his disability discrimination and retaliation claims under the Washington Law Against Discrimination and his disability discrimination claim under the Americans with Disabilities Act and awarded: (1) $129,278.00 for past economic losses; (2) $272,465.00 for future economic losses, and (3) $1,750,000.00 for emotional harm. The Jury found that Plaintiff failed to mitigate his damages in the amount of $300,000.00. The Jury also found that Defendant acted with malice or reckless indifference to Plaintiff's rights under the Americans with Disabilities Act and awarded punitive damages in the amount of $5,000,000.00. The total award from the Jury is $6,851,743.00. The jury also provided an advisory verdict in Plaintiff's favor on his ADA retaliation claim.

THE COURT FOUND AND CONCLUDED that Plaintiff's ADA retaliation claim is MOOT. The Court also applied the statutory cap set forth in 42 U.S.C. § 1981a(b)(3) to the jury's award, reducing the punitive damages award to $300,000 and the total jury award to $2,151,743. The Court awarded Plaintiff attorney's fees

in the amount of $1,086,075.00 and costs in the amount of $47,726.37. The Clerk of the Court has also taxed costs of $17,865.39 against Defendant. And the Court awarded prejudgment interest in the amount of $259 and post-judgment at a rate of .12% or $7.07 daily.

Dated March 12, 2021.

                                            William M. McCool
                                            Clerk of Court

                                            s/ Laura Hobbs
                                            Deputy Clerk