THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDSTINE,<br><br>                        Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC.,<br><br>                        Defendant. | Case No. 2:18-cv-01164 MJP<br><br>**PLAINTIFF'S ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT AGAINST DEFENDANT FEDEX FREIGHT, INC.** |

TO:        ALL PARTIES;

TO:        ALL COUNSEL OF RECORD;

AND TO:    THE CLERK OF COURT

WHEREAS Plaintiff David Goldstine obtained an Amended Judgment in a Civil Case against Defendant FedEx Freight, Inc. on March 12, 2021 (Dkt. # 411, amending November 23, 2020 Judgment in a Civil Case, Dkt. # 328), and has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.

NOW THEREFORE, full satisfaction of judgment is hereby acknowledged and the clerk of the court is hereby authorized and directed to cancel, fully satisfy and discharge the judgment.

**PLAINTIFF'S ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT AGAINST DEFENDANT FEDEX FREIGHT, INC. - 1**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    **DATED** August 24, 2021.

2

3    **AKW LAW, P.C.**                       **BLOOM LAW PLLC**

4

5    */s/ Ada K. Wong*                          */s/ Beth Bloom*
     */s/ Jordan T. Wada*                    Beth Bloom, WSBA #31702
     Ada K. Wong, WSBA #45936           Attorneys for Plaintiff David Goldstine

6    Jordan T. Wada, WSBA #54937          3827C South Edmunds Street
     Attorneys for Plaintiff David Goldstine      Seattle, Washington 98118

7    6100 219th St. SW, Suite 480             Tel.: (206) 323-0409
     Mountlake Terrace, WA 98043           E-mail:  bbloom@bloomlawpllc.com

8    Tel.: (206) 259-1259
     Fax: (855) 925-9529

9    E-mail: ada@akw-law.com
     E-mail: jordan@akw-law.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**PLAINTIFF'S ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT AGAINST DEFENDANT FEDEX FREIGHT, INC. - 2**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Medora Marisseau
> Brett A. Elliot
> Thomas D. Adams
> Karr Tuttle Campbell
> 701 Fifth Avenue, Ste. 3300
> Seattle, WA 98104
> E-mail: MMarisseau@karrtuttle.com
> E-mail: belliott@karrtuttle.com
> E-mail: tadams@karrtuttle.com
> E-mail: jlikit@karrtuttle.com
>
> Donald H. Snook, TN Bar #21775
> Sandra C. Isom, CA Bar #157374
> FedEx Freight, Inc.
> 1715 Aaron Brenner Drive, Suite 600
> Memphis, TN 38120
> E-mail: Donald.snook@fedex.com
> E-mail: Scisom@fedex.com
> *Counsel for Defendant FedEx Freight, Inc.*

> Beth Bloom, WSBA #31702
> Attorney for Plaintiff
> 3827C South Edmunds Street
> Seattle, WA 98118
> Tel.: (206) 323-0409
> E-mail:  bbloom@bloomlawpllc.com
> *Co-counsel for Plaintiff David Goldstine*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated August 24, 2021, at Mountlake Terrace, Washington.

*/s/ Kaila A. Eckert*

**PLAINTIFF'S ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT AGAINST DEFENDANT FEDEX FREIGHT, INC. - 3**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1                                                              Kaila A. Eckert, Paralegal

**PLAINTIFF'S ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT AGAINST DEFENDANT FEDEX FREIGHT, INC. - 4**
Case No. 2:18-cv-01164-MJP

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529